1  GRAHAM A. BOYD (CBN 18419)
   REBECCA BERNHARDT
2  ADAM B. WOLF
3  MICHAEL PEREZ
   AMERICAN CIVIL LIBERTIES UNION
4       DRUG LAW REFORM PROJECT
5  1101 Pacific Ave., Suite 333
   Santa Cruz, CA  95060
6  Tel:  (831) 471-9000
   Fax:  (831) 471-9676
7
8  Attorneys for Plaintiffs

**FILED**

2005 SEP 28  A 10: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

9
10
11
12
13
14              **UNITED STATES DISTRICT COURT**
15            **FOR THE DISTRICT OF CONNECTICUT**

16  JOHN DOE, JOHN ROE, & CONNECTICUT    ) Case No. 3-00-cv-2167 (JCH)
17  HARM REDUCTION COALITION,            )
                                         ) **NOTICE OF MOTION AND**
18              Plaintiffs,              ) **MOTION FOR ADMISSION**
                                         ) **AS VISITING ATTORNEYS;**
19                                       ) **AFFIDAVIT OF PROPOSED**
                                         ) **VISITING ATTORNEYS;**
20          vs.                          ) **[PROPOSED] ORDER**
                                         ) **GRANTING MOTION FOR**
21                                       ) **ADMISSION AS VISITING**
22  BRIDGEPORT POLICE DEPARTMENT &       ) **ATTORNEYS**
    ANTHONY ARMENO, Acting Chief of the Bridgeport )
23  Police Department, in his official capacity only, )
                                         ) Court: Hon. Janet C. Hall
24              Defendants,              ) No hearing Requested
                                         )
25
26
27
28

Plaintiffs' Not. of Motion and Motion for Admission as Visiting Attorneys

1



I.     Plaintiffs, by and through their attorney Graham Boyd, move this Court pursuant to Local Rule 83.1(d) to permit the admission of Rebecca Bernhardt, Adam B. Wolf, and Mike Perez as visiting attorneys.

II.    Mr. Boyd is a member in good standing of the bar of this Court.  His Connecticut state bar number is 18419.

III.   Ms. Bernhardt is a member in good standing of the bar of the State of Texas.  Her Texas bar number is 24001729, and she has neither been denied admission nor disciplined by any state bar or any court.  Her office address, telephone number, and fax number appear at the top of this pleading.  Ms. Bernhardt's e-mail address is rbernhardt@aclu.org.  She has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

IV.    Mr. Wolf is a member in good standing of the bar of the State of California.  His California bar number is 215914, and he has neither been denied admission nor disciplined by any state bar or any court.  His office address, telephone number, and fax number appear at the top of this pleading.  Mr. Wolf's e-mail address is awolf@aclu.org.  He has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

V.     Mr. Perez is a member in good standing of the bar of the State of Massachusetts.  His Massachusetts bar number is 660585, and he has neither been denied admission nor disciplined by any state bar or any court.  His office address, telephone number, and fax number appear at the top of this pleading.  Mr. Perez's e-mail address is mperez@aclu.org.  He has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

VI.    Ms. Bernhardt, Mr. Wolf, and Mr. Perez seek admission for the above-captioned matter only.

Plaintiffs' Not. of Motion and Motion for Admission as Visiting Attorneys

2

1   VII.    This motion is filed with the requisite fee of $75.00 ($25.00 per attorney) and

2   with a proposed order.

3

4

5   Dated: September 27, 2005                    Respectfully submitted,

6                                               **GRAHAM A. BOYD**

7                                               **REBECCA BERNHARDT**
                                                **ADAM B. WOLF**
8                                               **MICHAEL PEREZ**
                                                **AMERICAN CIVIL LIBERTIES UNION**
9                                                   **DRUG LAW REFORM PROJECT**
                                                1101 Pacific Ave., Suite 333
10                                              Santa Cruz, CA  95060
                                                Tel:  (831) 471-9000
11                                              Fax:  (831) 471-9676

12

13

14                                              By: _____

15                                                  Graham A. Boyd

16                                              By: _____

17                                                  Rebecca Bernhardt

18

19                                              By: _____

20                                                  Adam B. Wolf

21                                              By: _____

22                                                  Michael Perez

23

24                                              Attorneys for Plaintiffs

25

26

27

28



GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT
ADAM B. WOLF
MICHAEL PEREZ
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA  95060
Tel:  (831) 471-9000
Fax:  (831) 471-9676

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, | ) Case No. 3-00-cv-2167 (JCH) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) **[PROPOSED] ORDER** <br> ) **GRANTING PLAINTIFFS'** |
| vs. | ) **MOTION FOR ADMISSION** <br> ) **AS VISITING ATTORNEYS** <br> ) |
| BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only, | ) <br> ) <br> ) <br> ) |
| Defendants, | ) <br> ) |

On motion of Plaintiffs and for good cause shown, the Court hereby GRANTS Plaintiffs' Motion for Admission of Rebecca Bernhard, Adam B. Wolf, and Michael Perez as Visiting Attorneys.

It is SO ORDERED this __ day of September 2005.

_____
The Honorable Janet C. Hall
United States District Judge

[Proposed] Order Granting Plaintiffs' Motion for Admission of Rebecca Bernhardt, Adam B. Wolf, and Michael Perez as Visiting Attorneys

1

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing pleading/document was served on Barbara Massaro, counsel for the defendants, on September, 27, 2005, as shown below:

_____    By first class mail to: Office of Bridgeport City Attorney, 999 Broad Street, Bridgeport, CT 06604.

    By ~~Federal Express~~ overnight courier to:Bridgeport City Attorney, 999 Broad Street, Bridgeport, CT 06604.

_____    By facsimile transmission to (203) 576-8252.