GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT
ADAM B. WOLF
MICHAEL PEREZ
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Tel: (831) 471-9000
Fax: (831) 471-9676

ANNETTE M. LAMOREAUX (CBN 25769)
AMERICAN CIVIL LIBERTIES UNION
    OF CONNECTICUT
32 Grand Street
Hartford, CT 06106
Tel: (860) 247-9823
Fax: (860) 728-0287

Attorneys for Plaintiffs

FILED 2005 SEP 28 A 10:42 U.S. DISTRICT COURT BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO,* Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>    Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONTEMPT**<br><br>Court: Hon. Janet C. Hall<br><u>Hearing Requested</u> |

---

\* The plaintiffs request that Anthony Armeno, Acting Chief of Police of the Bridgeport Police Department, be substituted for Wilber Chapman, the former Chief of Police of the Bridgeport Police Department.

Pls.' Not. of Mot. & Mot. for Contempt
Case No. 3-00-cv-2167 (JCH)

PLEASE TAKE NOTICE that, pursuant to 18 U.S.C. § 401, this Court's inherent power to enforce its own orders, and the Court's order that it issued in this action on January 18, 2001, the plaintiffs hereby file this motion to hold the defendants in contempt. The plaintiffs respectfully request a hearing on this motion as soon as the matter may be heard.

This motion is made on the ground that (1) the court's order dated January 18, 2001, is clear and unambiguous in enjoining the defendants from penalizing in any way the plaintiffs based on their possession of drug-injection equipment, (2) the proof of defendants' noncompliance with this injunction is clear and compelling, and (3) the defendants have not been reasonably diligent and energetic in attempting to accomplish what was ordered. The plaintiffs pray for an order requiring the defendants to meet with the plaintiffs to discuss the defendants' strategies for complying with the Court's order, a declaration that the defendants are in contempt of court, monetary fines made payable to the plaintiffs' whose rights have been violated, reasonable attorney's fees and costs, and such other relief as the Court deems necessary and proper.

The plaintiffs' motion is based on this Notice of Motion and Motion, the brief and documents (including the attachments and other evidence submitted concurrently therein), any other files and records in this case, and such other and further evidence as may be presented at or before the hearing on the motion.

1 | Dated: September 27, 2005

Respectfully submitted,

Adam B. Wolf
Graham A. Boyd
Rebecca Bernhardt
Michael Perez
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

By: /s/ Adam B. Wolf
    Adam B. Wolf

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee for the American Civil Liberties Union Drug Law Reform Project, 1101 Pacific Avenue, Suite 333, Santa Cruz, California 95060; is a person of such age and discretion to be competent to serve papers; and that on September 27, 2005, she served copies of the following, including all exhibits attached thereto:

- PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONTEMPT
- PLAINTIFFS' POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CONTEMPT
- DECLARATION OF MICHAEL PEREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
- DECLARATION OF MOLLIE LEE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
- DECLARATION OF ADAM B. WOLF IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
- NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL

by causing said copies to be placed in a prepaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, by depositing said envelope and contents in the United States mail at Santa Cruz, California:

Ms. Barbara Massaro
Bridgeport City Attorney's Office
999 Broad Street
Bridgeport, CT 06604

[signature]