1  GRAHAM A. BOYD (CBN 18419)
2  REBECCA BERNHARDT
   ADAM B. WOLF
3  MICHAEL PEREZ
   AMERICAN CIVIL LIBERTIES UNION
4       DRUG LAW REFORM PROJECT
5  1101 Pacific Ave., Suite 333
   Santa Cruz, CA  95060
6  Tel: (831) 471-9000
7  Fax: (831) 471-9676

8  Attorneys for Plaintiffs

**FILED**

2005 SEP 28  A 10: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants, | Case No. 3-00-cv-2167 (JCH)<br><br>**DECLARATION OF MICHAEL PEREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>Court: Hon. Janet C. Hall<br>Hearing Requested |

Decl. of Michael Perez in Support of Plfs.' Mot. for Contempt

## DECLARATION OF MICHAEL PEREZ

I, Michael Perez, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Massachusetts, and my motion to be admitted as a visiting attorney in this Court is pending. I am an attorney with the American Civil Liberties Union Drug Law Reform Project ("ACLU-DLRP"), which represents the Plaintiffs in this matter. I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

2. From July 11, 2005 to July 16, 2005, Andrew Brunsden, a law student intern with ACLU-DLRP at the time, and I traveled to Bridgeport, Connecticut to investigate claims of illegal police harassment of persons in possession of under 30 sets of drug-injection equipment. Over the course of that week we spent approximately 30 hours talking with injection drug users and various other persons with knowledge of the Bridgeport Syringe Exchange.

3. We secured numerous declarations, six of which are attached as exhibits to this declaration, documenting Exchange clients' encounters with officers of the Bridgeport Police Department. Exhibits D through I are true and correct copies of these declarations.

4. On July 29, 2005, I submitted a request under the Connecticut Freedom of Information Act ("FOIA") to the Bridgeport Police Department requesting "any and all police reports of arrests made for possession of injection drug paraphernalia, as prohibited by Connecticut General Statute (CGS) § 21a-267, from January 1, 2001 to the present by the Bridgeport Police Department." Attached as Exhibit J is a true and correct copy of this request.

5. In response to the FOIA request, the Bridgeport Police Department provided, among other arrest reports, the incident report of the arrest of Francisco Rodriguez on August 27, 2004 (incident number 040827107); and the incident report of the arrest of Matthew P. Bauby on

January 7, 2002 (incident number 020107206). Attached as Exhibit K is a true and correct copy of the incident report of Rodriguez' arrest. Attached as Exhibit L is a true and correct copy of the incident report of Bauby's arrest.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of September 2005 in Santa Cruz, California.

*[signature]*
Michael Perez