GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT
ADAM B. WOLF
MICHAEL PEREZ
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Tel: (831) 471-9000
Fax: (831) 471-9676

Attorneys for Plaintiffs

**FILED**

2005 SEP 28  A 10: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>　　　　Defendants, | Case No. 3-00-cv-2167 (JCH)<br><br>**DECLARATION OF ADAM B. WOLF IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>Court: Hon. Janet C. Hall<br><u>Hearing Requested</u> |

Decl. of Adam B. Wolf in Support of Plfs.' Mot. for Contempt

1

## DECLARATION OF ADAM B. WOLF

I, Adam B. Wolf, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California, and my motion to be admitted as a visiting attorney in this Court is pending. I am a Staff Attorney with the American Civil Liberties Union Drug Law Reform Project ("ACLU-DLRP"), which represents the Plaintiffs in this matter. I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

2. Rebecca Bernhardt and I have shared primary responsibility drafting correspondence to opposing counsel in this action. Attached as Exhibit M is a true and correct copy of the letter our office sent to the defendants and their counsel on August 15, 2005, and attached as Exhibit N is a true and correct copy of the letter we sent to the defendants' counsel on September 15, 2005.

3. Although the first page of Exhibit N references Chief Armeno's "willingness to meet" to resolve this matter informally, the defendants did not arrange for such a meeting. The plaintiffs still desire to meet with Chief Armeno to discuss the Bridgeport Police Department's violations of the Court's injunction and BPD's strategy for ensuring future compliance with the Court's order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of September 2005 in Santa Cruz, California.

_/s/ Adam B. Wolf_
Adam B. Wolf
