# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN DOE, JOHN ROE, & CONNECTICUT
HARM REDUCTION COALITION,

       Plaintiffs,

**APPEARANCE**

vs.

CASE NUMBER: 3-00-CV-2167 (JCH)

BRIDGEPORT POLICE DEPARTMENT &
ANTHONY ARMENO, Acting Chief of the Bridgeport
Police Department, in his official capacity only,

       Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: **ALL PLAINTIFFS**

---

October 11, 2005
**Date**

PHV0618
**Connecticut Federal Bar Number**

(831) 471-9000
**Telephone Number**

(831) 471-9676
**Fax Number**

mperez@aclu.org
**E-mail address**

/s/ Michael Perez
**Signature**

Michael Perez
**Print Clearly or Type Name**

1101 Pacific Ave, Suite 333
**Address**

Santa Cruz, CA 95060

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

**Barbara Massaro, Esq.**
**Office of Bridgeport City Attorney**
**999 Broad Street**
**Bridgeport, CT 06604**

/s/ N.B.
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001