UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DOE, JOHN ROE, & CONNECTICUT
HARM REDUCTION COALITION,

    Plaintiffs,

vs.

BRIDGEPORT POLICE DEPARTMENT &
ANTHONY ARMENO, Acting Chief of the Bridgeport
Police Department, in his official capacity only,

    Defendants.

APPEARANCE

CASE NUMBER: 3-00-CV-2167 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   **ALL PLAINTIFFS**

Date: October 11, 2005

Connecticut Federal Bar Number: PHV0616

Telephone Number: (831) 471-9000

Fax Number: (831) 471-9676

E-mail address: rbernhardt@aclu.org

Signature: _[signed]_

Print Clearly or Type Name: Rebecca Bernhardt

Address: 1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

**Barbara Massaro, Esq.
Office of Bridgeport City Attorney
999 Broad Street
Bridgeport, CT 06604**

Signature: _[signed]_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001