UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff, | : | CIV. NO: 3:00CV2167 (JCH) |
| v. | : | |
| | : | |
| BRIDGEPORT POLICE | : | |
| DEPARTMENT, ET AL | : | |
| | : | |
| Defendants | : | OCTOBER 20, 2005 |

## AFFIDAVIT

I, Sergeant James Kirkland, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am a Sergeant in the Bridgeport Police Department assigned to the Records Room of the Bridgeport Police Department.

3. Sometime in early August, 2005 I became aware of a Freedom of Information request from Attorney Michael Perez with the ACLU.

4. The first request of Attorney Perez was for "all police reports of arrests made for possession of injection drug paraphernalia." This request defined injection drug paraphernalia to include, but not be limited to "needles and cookers."

5. Thereafter, a telephone call was made to Attorney Perez at 831/471-9000, Extension 19. As a result of the telephone conversation with Attorney Perez on

BMF05122                                1

August 9, it was understood he needed "only para. with needles" from January 1, 2001.

6. On August 23, 2005, I sent copies of 42 separate police reports that covered the time period from October 20, 2001 to August 17, 2005 for records requested by Attorney Perez.

7. I have reviewed the two reports contained in the Plaintiffs' exhibits relating to this case. The first file of Michael Bouchard is Park Police Officer and is not a Patrol Officer or a TNT Officer.

_____
James Kirkland

Sworn and subscribed before me

this 20th day of October, 2005

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF05122                                     2