## ORDER

1.   Parts I, II and IV of the SETTLEMENT STIPULATION of December 20, 1973 are reaffirmed.

2.   Part III of the SETTLEMENT STIPULATION of December 20, 1973 is modified to read:

The Bridgeport Police Department Procedure Order No. B-111, for the handling of citizens complaints against members of the department is amended to conform to Exhibit "A" attached to this order.

4

E X H I B I T    "A"

203 576 8130

BPT POLICE DEPT

01/07/98  WED 15:51 FAX 203 576 8130

☒ 007

I.    The Office of Internal Affairs, which has been removed from the
      direct chain of command of the Police Department and reports to
      and is governed by the Board of Police Commissioners with regard
      to recruitment, discipline, and operation, all of which shall be
      governed by the rules and regulations of the civil service, but
      shall not be subject to modification by the collective bargaining
      agreement, shall be adequately staffed and funded to carry out
      the purposes of this Decree without undue delay.   The Office of
      Internal Affairs has the responsibility and authority to conduct,
      supervise and control, investigations, and to make appropriate
      reports regarding Citizen's Complaints of alleged misconduct made
      against any member of the Bridgeport Police Department.   The
      procedures provided herein shall be used for all complaints which
      allege improper conduct, including but not limited to the
      following areas:

1.    Excessive force and physical brutality,

2.    The entering and searching of homes without warrants or
      legal excuse,

3.    The false or illegal arresting without probable cause or
      warrant,

4.    The illegal detaining or imprisoning without probable cause
      or legal excuse,

6.

Ø008        WED 15:51 FAX 203 576 8130        BPT POLICE DEPT.        01/07/98

5.   The refusal to provide proper medical attention,

6.   The failure or refusal to give or provide proper police protection from criminal acts to the public,

7.   The abuse, harassment, or intimidation of citizens because of race, creed, or sex, religion or national origin.

7

II.   The Citizen Complaint Form (CC-1) (Enclosure A) shall be used in
      all cases where a citizen desires to make a formal complaint in
      reference to police conduct or police services.  Citizen
      Complaint Forms will be readily available and will be in both
      English and Spanish.

8

III. Citizen Complaint Forms will be maintained in all divisions, at
     the Information Desk in the main lobby of police headquarters and
     at the office of the clerk of the City of Bridgeport.  These
     forms will be available to the public at all times.  It is the
     responsibility of the respective division commanders to ensure
     that they are on hand and available.  The commander of the
     Records Division will ensure that there is an adequate supply on
     hand in that division so as to ensure a resupply for other
     divisions can be made upon request, and that the office of the
     Clerk of the City of Bridgeport is supplied.  The Records
     Division shall provide a reasonable number of copies of the
     Citizens Complaint Form to any community group or individual who
     requests such copies.

9

IV.   All complaints received, whether written or oral, in person or by
      telephone shall be referred to or accepted by the senior patrol
      officer on duty.  This officer shall advise the complainant that
      he or she must complete a Citizen Complaint form, and that the
      same must be submitted within sixty (60) days either from the
      date of the incident or from the date of final disposition of
      criminal charges against the complainant as a result of said
      incident.

10

V.   Complainants may be accompanied and represented by counsel, at
     all times during which they are present either in the Office of
     Internal Affairs or before the Board of Police Commissioners.

11

BPT POLICE DEPT.

01/07/88  WED 15:52  FAX 203 576 8130

☒013

VI.  The complainant may have with him or her a third party to assist
in the preparation of the Citizen Complaint Form.  This includes
the individual's counsel if so desired.  The complainant may
complete the form at the office where obtained or may opt to take
the same and return it when completed.  Forms obtained from the
office of the clerk of the City of Bridgeport must be returned to
Police Headquarters.  In either case, when the CC-1 is completed
the senior patrol officer accepting the form shall:

(1)  Ensure that the form is properly completed,

(2)  Ensure that the form is signed by the complainant,

(3)  Ensure that the completed CC-1 is subscribed and sworn to by
· the complainant,

(4)  Inform the complainant of the identity of the Police
Officer(s) complained about if the information is reasonably
available or that the Office of Internal Affairs will notify
him or her as to the name(s) of the Police Officer(s)
involved within (30) days and upon completion of the
investigation O.I.A. will notify him or her in writing as to
the results of the investigation and the reasons for
· reaching such results.

(5)  Inform the complainant that personnel conducting the
investigation will obtain affidavits and/or sworn statements

12

from witnesses and that investigative personnel may wish to

take more detailed sworn statements and/or affidavits from

him or her in the near future.

The senior patrol officer accepting the form shall make all
reasonable efforts, consistent with the conduct of other routine
police business, to accomplish the review of the CC-1 and
notifications to the complainant within 20 minutes of the time
the complainant presents him or herself to file the complaint.
Once the completed CC-1 received by the officer and the
aforementioned notifications are made, the officer shall obtain a
file number from the Complaint Bureau and complete an Incident
Report with all pertinent information. The code utilized shall
be 4306 for said report. Upon completion of the report the
officer shall as soon as practicable forward the original CC-1 as
well as the Incident Report through the Chain of Command to the
Office of Internal Affairs for review. A copy of the complaint
form and of the incident report shall be given to the complainant
at the time of its acceptance by the officer who has accepted the
complaint.

VII. Supervisory personnel in the OIA will review all Citizen's

Complaints (CC-1) as forwarded and a determination will be made:

(1)    to reject the complaint in that the complaint was not filed

within sixty (60) days from the date of the event or

occurrance complained of or the final disposition of

criminal charges against the complainant; or

(2)    to initiate an investigation which will be conducted by

personnel from the Office of Internal Affairs; or

(3)    to forward copies of the CC-1 and Incident Report to the

Commander of the division to which the officer(s) were

assigned at the time of the incident in question for

· investigation and completion by a date set by the Office of

Internal Affairs.  That Commander may assign the

investigation to a subordinate Lieutenant or Sergeant,

however, the Commander is directly responsbile for

supervising the investigation, ensuring dates for completion

are met and ensuring that actions taken or recommended are

appropriate and in compliance with policy.  Upon completion

the Commander will forward all reports, findings and

.    recommendations to the Office of Internal Affairs.

14

VIII. The Office of Internal Affairs will when possible, within thirty
(30) days of receipt of the complaint notify all complainants as
to the identity of officer(s) involved in the incident if the
identity of the officer(s) is unknown to the complainant.  The
office will also notify the officer(s) under investigation of
the investigation by memorandum with a copy of the CC-1
attached.  This notification shall be designated as Form CC-2
(Enclosure B).

15

IX. Supervisory personnel in the OIA will maintain a Case Log of all investigations conducted by or under the control of the office (Enclosure C). This log shall be made available for inspection to interested persons, upon reasonable written request.

16

X.    Upon completion of the investigation the OIA will inform the
complainant, in writing, as to the outcome and the reasons(s) for
such outcome of the investigation as well as informing the
officer(s) who were the subject of the investigation.  These
shall be designated as Forms CC-3 and CC-4 respectively
(Enclosure D & E).  If the complainant is not satisfied with the
investigation, within thirty (30) days, he or she may request an
executive session hearing before the members of the Board of
Police Commissioners.  The Board of Police Commissioners will
conduct that session within sixty (60) days of receipt of the
request.

17

XI.  Investigation of Citizen's Complaints shall, under normal
     circumstances be completed within a sixty (60) day period.
     However, in instances where circumstances do not allow for the
     completion within this time frame the complainant will be so
     notified in writing with sufficient explanation of why additional
     time is required and with an estimated date of completion.  This
     notification wil be made by supervisory personnel in OIA and will
     be forwarded to the complainant via certified mail, with a
     duplicate transmitted by first class mail.

18

XII. During the course of the investigative process, investigators will take sworn statements from all witness as well as from the concerned officer(s). This will be accomplished by taking a tape recorded transcribed statement. The transcript will be reviewed by the person giving it, after which an affidavit will be executed as to the truth of the contents of the same. Every person shall, after affidavit execution, be given a copy of his/her own statement. In investigations the subject officer(s) will be given copies of the complainant's CC-1, with the names of witnesses other than the complainant obliterated, prior to his/her statement or interview. Any person giving a statement or interview may have a representative present during such statement or interview.

19

XIII. The results of any investigation conducted will be categorized
by the investigating officer as follows:

(1) Unfounded – the allegations are false,

(2) Exonerated – the incident occurred, but was lawfully proper,

(3) Not Sustained – insufficient evidence either to prove or
disprove the allegation, or

(4) Referred to the Board of Police Commissioners.

20

XIV. When an investigation has been completed and has been reviewed by
supervisory personnel in the OIA, normal distribution of the
completed investigative reports will be as follows:

(1)   If the findings are unfounded, exonerated, or not sustained,
reports will be forwarded to:

(a)   The office of the Mayor.

(b)   The President of the Board of Police Commissioners.

(c)   The office of the Superintendent of Police.

(2)   If the finding is "Referred to the Board of Police
Commissioners," reports and copies of the investigation will
be forwarded to:

(a)   The office of the Mayor.

(b)   The President of the Board of Police Commissioners.

(c)   The office of the Superintendent of Police.

21

XV.  Within sixty (60) days complainants requesting executive session before the Board of Police Commissioner shall be notified to appear at the earliest convenient date and shall be advised to appear with witnesses and attorney if they so desire.

Procedure shall be followed by Board members as indicated in the opinion of the City Attorney's Office, dated March 31, 1971 and the decision of Judge George Saden in the case of Goldstein v. O'Connor, et al. dated April 9, 1973.

In all cases of suspension or disciplinary hearings, procedures outlined in the Procedure Order B-66 shall be complied with.

Complainants, witnesses and officers shall be held fully accountable for the truth of their sworn statements; however, no complainant, witness or officer shall be held accountable for their unrecorded testimony in executive session unless such testimony is in violation of Department Rules and Regulations or procedures.

22

XVI. All penalties and/or forfeitures as a result of sustained
findings will be by the Honorable Board of Police Commissioners,
as provided by Procedure Order Number B-66 as currently amended.
When such penalty or forfeiture is orderd by the board, in
addition to subject officer(s), the Office of Internal Affairs
and the complainant who initiated said action shall be notified
as to such penalty or forfeiture in writing by the Clerk of the
Department. This will become part of the investigative case
jacket as maintained by OIA. If a complainant is dissatisfied
with the penalty for a sustained complaint, he or she may request
an executive session before the Board of Police Commissioners in
accordance with the procedures set out in part XIV.

23

Ø006

XVII. The OIA shall maintain, in a secure manner, all investigative
      case jackets of all investigations conducted, supervised, and/or
      controlled by the office including all Citizen's Complaints.   At
      the conclusion of an investigation and all follow-up procedures,
      a case closeout chart will be completed by OIA to be filed in
      the investigative jacket (Enclosure F).

24