

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff, | : | CIV. NO: 3:00CV2167 (JCH) |
| v. | : | |
| | : | |
| BRIDGEPORT POLICE DEPARTMENT, ET AL | : | |
| | : | |
| Defendants | : | OCTOBER 26, 2005 |

## AFFIDAVIT

I, Dr. Marian Evans, being duly sworn hereby depose and say:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am making this affidavit of my own personal knowledge.

3. I am the Director of Public Health and Social Services for the City of Bridgeport. I have been employed in this position since August 2, 2004.

4. As the Director, I am responsible for the overall operation of the Department and its various programs. One of the programs operated by the Department, as part of the Connecticut State law, is the Needle Exchange Program.

5. There is an employee within the Health Department who is assigned the task as Coordinator. This is Robin Clark-Smith. She is the Coordinator for the Needle Exchange Program.

BMF05125                                1

6. As a part of the duties for this Program, there are specific reporting requirements that address the operation of the Program. The reporting requirements do not require specifically that Ms. Clark-Smith provide information concerning the Court Order about the distribution, retention and return of the needles, but I am aware that in the past Ms. Clark-Smith has been vigilant in the protection of the rights of the clients of this Program.

7. During my tenure as Health Director, I have had contact with Ms. Clark-Smith and she has never informed me of any improper conduct by the Bridgeport Police Department.

8. Additionally, none of the employees of the Health Department or, specifically, those employees who work with the Needle Exchange Program, have ever brought to my attention a problem with the Bridgeport Police Department and the clients of the Program.

9. As I have reviewed the statistics and the reports of the Program, I am assured that during the last two years the number of clients assisted by the Program has steadily increased. The last two quarters have seen an increase of about one hundred clients each quarter of reporting. These increases demonstrate the success of the Program.

10. I have been made aware of the recent allegations of the Plaintiff's in the above action and, in response, I have authorized the employees on the needle

exchange van to have available for any client who complains about police conduct, copies of the civilian complaint form from the Bridgeport Police Department. I have also requested that the employees have a form to notify me and the Police Department of complaints received by them from clients who refuse to fill out a civilian complaint for the Bridgeport Police Department.

11.  I have also agreed to have a liaison, Lt. Robert Sapiro, work with the Bridgeport Police Department and the Health Department to address any issues relating to the Police Department and, specifically, to work with the Coordinator of the Needle Exchange Program.

12.  Ms. Robin Clark-Smith has been authorized to begin a program of teaching on the subject matter of the background and the legislation for the Needle Exchange Program.

*Marian Evans, M.D.*

Sworn and subscribed before me

this 26th day of October, 2005

*Barbara B ___*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF05125                                    3