**Brazzel-Massaro, Barbara**

| | |
|---|---|
| **From:** | Remele, Aida |
| **Sent:** | Monday, September 19, 2005 11:43 AM |
| **To:** | Clark, Robin |
| **Subject:** | Instructor Application |


Instructor
application 05-05-0..

Hi Ms. Clark-Smith,
Thank you so much for your interest in becoming a POSTC certified instructor. Please fill out the attached application and submit it to me with a Lesson Plan. I will then review it, sign it and forward it up to the Police Officer Standard Training Council (POSTC) for finalization and approval. In the meantime, if you need anything to facilitate this process, please call me.

Lieut. Aida Remele
Bridgeport Police
Training Academy
999 Broad Street
203-576-8832

1