**Brazzel-Massaro, Barbara**

**From:** Clark, Robin
**Sent:** Wednesday, October 19, 2005 8:45 AM
**To:** Brazzel-Massaro, Barbara
**Subject:** narcotics and vice

Barbara---
This confirms our conversation this AM that I will do a presentation for narcotics and vice on Tuesday, November 15th at 4:00 at their facility on River Street.
If there are any changes, please let me know.

Thanks!
Robin

1