FILED

2005 OCT 26 P 4: 50

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| Plaintiff, | : | CIV. NO: 3:00CV2167 (JCH) |
| v. | : | |
| BRIDGEPORT POLICE DEPARTMENT, ET AL | : | |
| Defendants | : | OCTOBER 26, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO THE PLAINTIFFS' MOTION AND MEMORANDUM FOR CONTEMPT**

This document has not been filed electronically because:
- ☒ the document cannot be converted to an electronic format
- ☐ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

BY: _____
Barbara Brazzel-Massaro
Assistant City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647;  Fed. Bar #05746

BMF05119                    1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 26th day of October, 2005, to:

Graham Boyd, Esq.
Alicia Young, Esq.
Harry Williams, Esq.
ACLUF
160 Foster Street
New Haven, CT  06106

Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
1101 Pacific Avenue, Suite 333
Santa Cruz, CA  955060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT  06106

Barbara Brazzel-Massaro