FILED

2005 OCT 27  P 12: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff, | : | CIV. NO.: 3:00CV2167 (JCH) |
| v. | : | |
| | : | |
| BRIDGEPORT POLICE | : | |
| DEPARTMENT, ET AL | : | |
| | : | |
| Defendants. | : | OCTOBER 27, 2005 |

## THE DEFENDANTS' OBJECTION TO THE
## PLAINTIFFS' OCTOBER 24, 2005 REQUEST FOR RULING

The Plaintiffs' through a Motion dated October 24, 2005 have requested that the Court grant their Motion for Contempt dated September 28, 2005 and originally filed on September 29, 2005. The basis of the request is that the Plaintiffs contend the Defendants have not filed a Memorandum in Opposition pursuant to Local Rule 7 (a) by October 19, 2005.

The Defendants respectfully request that the Request for a Ruling absent the consideration of the Defendants' Memorandum, exhibits and affidavits be denied and that the Court establish hearing dates after the completion of the depositions tentatively scheduled by the Defendants for November 17 and 22,

2005. The Defendants did not submit the Memorandum by October 19, 2005 because they were of the belief that there were several motions including motions for leave to appear and the substitution of Anthony Armeno as the Acting Chief of Police in lieu of Wilber Chapman which were filed by the Plaintiffs that needed to be acted upon before submitting their memorandum.

The Court did not grant the Motion to Appear until October 6, 2005 and thereafter appearances were entered on October 13, 2005. (See Exhibit A and B attached.) Additionally, the Defendants received correspondence from the Plaintiffs dated October 11, 2005 indicating that the prior filing was not complete and providing appearances as well as an affidavit. (Exhibit C) As a result of the incomplete filings, the lack of appearances and the outstanding substitution of parties, the Defendants calculated the date for reply to be 21 days after the October 13, 2005 filing at the very earliest because there appears to be no ruling substituting Chief Armeno so that the case may proceed with him. Given this time sequence, the Defendants thought the Memorandum could be submitted by November 3, 2005 at the earliest. However, in an effort to avoid further delay and because at the time of receipt of the Plaintiffs' motion, counsel had completed the

memorandum and almost all of the affidavits in support, therefore, the Defendants submitted the Memorandum in Opposition on October 26, 2005.

Therefore, the Defendants respectfully request that the Court deny the Motion dated October 26, 2005 and establish dates to continue the action including a scheduling order that will permit the matter to proceed.

THE DEFENDANTS

BY: *Barbara B ...*
Barbara Brazzel-Massaro
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 05746

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid, this 27th day of October, 2005, to:

Graham Boyd, Esq.
Alicia Young, Esq.
Harry Williams, Esq.
ACLUF
160 Foster Street
New Haven, CT 06510

Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
1101 Pacific Avenue, Suite 333
Santa Cruz, CA 95060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT 06106

_____
Barbara Brazzel-Massaro

**Brazzel-Massaro, Barbara**



**From:** CMECF@ctd.uscourts.gov
**Sent:** Thursday, October 06, 2005 12:02 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

Activity has occurred in the following cases:

**3:00-cv-02167-JCH Doe, et al v. Bridgeport Police, et al**
**Order on Motion to Appear   49**

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Ordered Accordingly [45] Motion for Attorneys Rebecca Bernhardt, Adam B. Wolf, and Michael Perez to Appear Pro Hac Vice . Signed by Clerk on 10/5/2005. (D'Andrea, S.)

**Brazzel-Massaro, Barbara**



**From:** CMECF@ctd.uscourts.gov
**Sent:** Thursday, October 13, 2005 12:01 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

Activity has occurred in the following cases:

**3:00-cv-02167-JCH Doe, et al v. Bridgeport Police, et al**
Notice of Appearance  50

**Docket Text:**
NOTICE of Appearance by Adam B. Wolf on behalf of John Doe, John Roe, Connecticut Harm Reduction Coalition (Simpson, T.)

**3:00-cv-02167-JCH Doe, et al v. Bridgeport Police, et al**
Notice of Appearance  51

**Docket Text:**
NOTICE of Appearance by Michael Perez on behalf of John Doe, John Roe, Connecticut Harm Reduction Coalition (Simpson, T.)

**3:00-cv-02167-JCH Doe, et al v. Bridgeport Police, et al**
Notice of Appearance  52

**Docket Text:**
NOTICE of Appearance by Rebecca Bernhardt on behalf of John Doe, John Roe, Connecticut Harm Reduction Coalition (Simpson, T.)

**3:00-cv-02167-JCH Doe, et al v. Bridgeport Police, et al**
Exhibit  53

**Docket Text:**
DECLARATION of Mollie Lee in Support by John Doe, John Roe, Connecticut Harm Reduction Coalition re [46] MOTION for Contempt. Related document: [46] MOTION for Contempt filed by John Roe, John Doe, Connecticut Harm Reduction Coalition,.(Simpson, T.)

10/26/2005

**LEGAL DEPARTMENT
DRUG LAW
REFORM PROJECT**

**ACLU**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION



October 11, 2005

***Via Federal Express***
Chrystine Cody, Deputy-in-Charge
U.S. District Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT 06604

Re:  *John Doe, et al. v. Bridgeport Police Department, et al.,*
Case No. 3-00-cv-2167

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

DRUG LAW
REFORM PROJECT
101 PACIFIC AVENUE, SUITE 333
SANTA CRUZ, CA 95060
T/831.471.9000
F/831.471.9676

NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
(DIRECT)/212.549.2660
F/212.549.2654
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
NADINE STROSSEN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

KENNETH B. CLARK
CHAIR, NATIONAL
ADVISORY COUNCIL

RICHARD ZACKS
TREASURER

Dear Ms. Cody:

On September 28, 2005, the plaintiffs in the aforementioned case sent you for filing a number of documents associated with a motion seeking to hold the defendants in contempt of court. Four of these documents, three Notices of Appearance and the Declaration of Mollie Lee in Support of Plaintiffs' Motion for Contempt, were returned without being filed.

We respectfully request that you file the enclosed documents— the original and one copy of both the three Notices of Appearance and Ms. Lee's declaration (and the three exhibits attached thereto). These documents are identical to the documents we intended to file last week along with the other documents that were in fact filed, with two exceptions: (1) Ms. Lee's declaration contains an original signature, and (2) the notices of appearance contain the case caption and counsel's pro hac vice bar numbers.

We also have enclosed an extra copy of the filing and a disk with a PDF version of these documents. I would appreciate it if you would send our office the extra copy, file-stamped, along with the disk, in the return envelope provided.

Please contact me if you have any questions. Thank you very much for your attention to this matter.

Very truly yours,

Stevi N. Barton
Legal Assistant