**FILED**

2005 OCT 27 P 12: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| Plaintiff, | : | CIV. NO.: 3:00CV2167 (JCH) |
| v. | : | |
| BRIDGEPORT POLICE DEPARTMENT, ET AL | : | |
| Defendants. | : | OCTOBER 27, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following document:

**"DEFENDANTS' OBJECTION TO THE PLAINTIFFS' OCTOBER 24, 2005 REQUEST FOR RULING"**

This document has not been filed electronically because:

☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document y Court order

The document has been manually served on all parties.

THE DEFENDANTS

BY: *Barbara B. Morss* (signature)
Barbara Brazzel-Massaro
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 05746

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid, this 27th day of October, 2005, to:

Graham Boyd, Esq.
Alicia Young, Esq.
Harry Williams, Esq.
ACLUF
160 Foster Street
New Haven, CT 06510

Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
1101 Pacific Avenue, Suite 333
Santa Cruz, CA 95060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT 06106

_____
Barbara Brazzel-Massaro