FILED

2005 NOV -4  A 11: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIV. NO: 3:00CV2167 (JCH) |
| | : | |
| BRIDGEPORT POLICE | : | |
| DEPARTMENT, ET AL | : | |
| | : | |
| Defendants | : | NOVEMBER 4, 2005 |

## MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR CONTEMPT

The Defendants respectfully request that the Court continue the hearing scheduled in the above referenced matter until a date after November 22, 2005. The basis of this request is that the Defendants have noticed depositions of the Plaintiffs for two (2) dates, November 17, 2005 and November 22, 2005. The Defendants contend that In order to properly defend and address the issues raised by the Plaintiffs, the depositions are necessary because the declarations, in their present state, are nebulous.

Counsel for the Defendants has also scheduled depositions in three other unrelated cases for November 18, 2005 and November 21, 2005 and therefore is not available until a date after November 22, 2005. Counsel scheduled the depositions in this action for the November dates because she wanted to give ample notice to Plaintiffs, she had other matters scheduled in November, and she is scheduled to be out of the Country from November 10, 2005 through November 15, 2005.

BMF05138

1

Counsel has not requested any previous continuances. Counsel has contacted counsel for the Plaintiffs, Adam Wolf, on this date and left a message. She also contacted the offices of Rebecca Bernhardt and left a message for her regarding the request for a continuance. After this Motion was prepared to go to this Court, at 4:40 p.m. Adam Wolf contacted counsel and indicated he would not consent to continue the hearing (see affidavit).

The Defendants respectfully request a date after November 22, 2005 for a hearing.

THE DEFENDANTS

By: /s/ Barbara B. _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

BMF05138

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via certified mail, return receipt requested, on this 4th day of November, 2005 to:

Graham Boyd, Esq.
Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
1101 Pacific Avenue, Suite 333
Santa Cruz, CA  955060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT  06106

_____
Barbara Brazzel-Massaro