FILED

2005 NOV -4 A 11: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| Plaintiff, | : | CIV. NO: 3:00CV2167 (JCH) |
| v. | : | |
| BRIDGEPORT POLICE DEPARTMENT, ET AL | : | |
| Defendants | : | NOVEMBER 4, 2005 |

## AFFIDAVIT

I, Barbara Brazzel-Massaro, being duly sworn hereby depose and say:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am making this affidavit of my own personal knowledge.

3. I am an attorney admitted to practice in the State of Connecticut and in the United States District Court for the District of Connecticut.

4. I am employed by the City of Bridgeport as an attorney and in that capacity I represent the City of Bridgeport Police Department.

5. On November 1, 2005 I noticed depositions in the above case. I sent a copy of the Notices of Deposition to Plaintiffs' counsel, Mr. Adam Wolf.

BMF05140                              1

6.  On Thursday, November 3, 2005 a notice was sent by the Court scheduling a Hearing in the above matter for 10:30 a.m. on November 17, 2005.

7.  As soon as I received the Notice, I realized that the dates were the same as the scheduled depositions and immediately began the process to inform the Court and request a continuance because there was less than two weeks and I will not be available for a number of days because I have longstanding plans to travel to Ireland from November 10 through November 15, 2005.

8.  I attempted to contact counsel for the Plaintiffs but the only contact and lead counsel for the Plaintiffs are located in California. With the time difference they were not available in the morning when I called. I called two numbers and left messages for both Attorney Wolf and Attorney Bernhardt in the voice mail that I was asking for a continuance and needed their position.

9.  In order to expedite the motion because of the limited time, I had it prepared and ready to file with the exception of the Plaintiffs' position. At about 3:10 p.m. I was preparing to leave the office and realized that they had not replied. I instructed my secretary to note in the Motion that I did not know their position because I had not heard from them. I then completed the Motion and left the office with instructions to file the Motion because I did not know if I would be returning before 5 p.m.

10.  I returned to the office at 4:30 p.m. and at approximately 4:40 p.m. received a call from Attorney Wolf.

11.  During this conversation, among other comments, Attorney Wolf indicated that he would not consent to the Continuance. I indicated to him that I believed the Motion had been filed indicating no position for him but that because of his adamant position of objecting I would file an amendment and walk it to Court in the morning. I began to prepare an amendment when I realized that the mail for the afternoon was still physically in the office. I pulled the original Motion to the Court and have filed this Motion indicating the Plaintiffs' objection.

12.  An amendment to the Motion was not necessary.

13.  Also, during the telephone conversation I indicated to Plaintiffs' counsel that I would be willing to rearrange my schedule for the 8th, 9th or 16th to accommodate counsel and reschedule the depositions so that the Hearing could still take place on the 17th of November. Counsel for the Plaintiffs would not agree to reschedule the depositions, indicating he had other commitments.

14.  I indicated to Attorney Wolf that it was necessary to have depositions because the information in the declarations is sketchy and I cannot adequately represent and defend the Bridgeport Police Department or the Chief without specific

information to cross-examine the Plaintiffs. My clients' due process rights will be greatly prejudiced by conducting a Hearing and allowing testimony of witnesses without meaningful cross-examination.

_____
Barbara Brazzel-Massaro

Sworn and subscribed before me

this 4th day of November, 2005

_____
John H. Barton
Commissioner of the Superior Court