FILED

2005 NOV -4  A 11: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE | : |
|          Plaintiff, | :   CIV. NO: 3:00CV2167 (JCH) |
| v. | : |
| BRIDGEPORT POLICE DEPARTMENT, ET AL | : |
|          Defendants | :   NOVEMBER 4, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR CONTEMPT**

This document has not been filed electronically because:
- [x] the document cannot be converted to an electronic format
- [ ] the electronic file size of the document exceeds 1.5 megabytes
- [ ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ] Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

BY: _____
Barbara Brazzel-Massaro
Assistant City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647;  Fed. Bar #05746

BMF05138                                        1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 4th day of November, 2005, to:

Graham Boyd, Esq.
Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
1101 Pacific Avenue, Suite 333
Santa Cruz, CA  955060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT  06106

_Barbara B. [signature]_
Barbara Brazzel-Massaro

BMF05138

2