GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA  95060
Tel:  (831) 471-9000
Fax:  (831) 471-9676

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO,[*] Acting Chief of the Bridgeport Police Department, in his official capacity only, <br><br> Defendants. | Case No. 3-00-cv-2167 (JCH) <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL ALICIA L. YOUNG AND MICHAEL G. PEREZ** <br><br> Court: Hon. Janet C. Hall <br> Filed: November 9, 2005 |

---

[*]     The plaintiffs request that Anthony Armeno, Acting Chief of Police of the Bridgeport Police Department, be substituted for Wilber Chapman, the former Chief of Police of the Bridgeport Police Department.

1  TO THE CLERK OF THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

2
3      PLEASE TAKE NOTICE THAT, effective this date, ALICIA L. YOUNG and
4  MICHAEL G. PEREZ no longer represent plaintiffs in this matter. Plaintiffs respectfully request
5  that Ms. Young and Mr. Perez be deleted from the Court's and parties' service lists.

6      Please continue to serve remaining plaintiffs' counsel on the Court's service list, as they
7
8  continue to represent plaintiffs in this matter.

9
10  Dated: November 8, 2005            Respectfully submitted,
11
12
13                         Adam B. Wolf
                       Graham A. Boyd
14                         Rebecca Bernhardt

15                         AMERICAN CIVIL LIBERTIES UNION
                           DRUG LAW REFORM PROJECT
16                         1101 Pacific Ave., Suite 333
17                         Santa Cruz, CA 95060
                       Telephone: (831) 471-9000
18                         Fax: (831) 471-9676

19
20               By: _____
                   Adam B. Wolf (PHV 0617)
21
               Attorneys for Plaintiffs
22
23
24
25
26
27
28

Not. of W/D of Plts.' Counsel Alicia L. Young and Michael G. Perez      2
Case No. 3-00-cv-2167 (JCH)