# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE & CONNECTICUT HARM REDUCTION COALITION | **APPEARANCE** |
| **Plaintiffs** | |
| v. | CASE NUMBER: 3:00CV2167 (JCH) |
| BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only | |
| **Defendants** | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: **ALL DEFENDANTS**

November 17, 2005
Date

*[Signature]*
Signature

20790
Connecticut Federal Bar Number

CHRISTINE D. BROWN
Print Clearly or Type Name

203/576-7647
Telephone Number

Office of the City Attorney
Address

203/576-8252
Fax Number

999 Broad Street, 2nd Floor

Bridgeport, CT 06604

E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this 17th day of November, 2005, to the following:

Graham Boyd, Esq.
Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
1101 Pacific Avenue, Suite 333
Santa Cruz, CA  955060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT  06106

*[Signature]*
Christine D. Brown