GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
AMERICAN CIVIL LIBERTIES UNION
DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Tel: (831) 471-9000
Fax: (831) 471-9676

Attorneys for Plaintiffs

FILED
2005 NOV 29  A 9:53
US DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION AS VISITING ATTORNEY; AFFIDAVIT OF PROPOSED VISITING ATTORNEY; [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION AS VISITING ATTORNEY**<br><br>Court: Hon. Janet C. Hall<br>Filed: November 29, 2005 |

I.  Plaintiffs, by and through their attorney Graham Boyd, move this Court pursuant to Local Rule 83.1(d) to permit the admission of Alyse Bertenthal as visiting attorney.

II. Ms. Bertenthal is a member in good standing of the bar of the State of New York. She was admitted to the New York State Bar on December 1, 2004. Her office address, telephone number, and fax number appear at the top of this pleading. Ms. Bertenthal's e-mail

address is abertenthal@aclu.org. She has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

III.   Ms. Bertenthal seeks admission for the above-captioned matter only.

IV.   This motion is filed with the requisite fee of $25.00 ($25.00 per attorney) and with a proposed order.

Dated: November 28, 2005                    Respectfully submitted,

**GRAHAM A. BOYD**
**REBECCA BERNHARDT**
**ADAM B. WOLF**
**AMERICAN CIVIL LIBERTIES UNION**
**DRUG LAW REFORM PROJECT**
1101 Pacific Ave., Suite 333
Santa Cruz, CA  95060
Tel:  (831) 471-9000
Fax:  (831) 471-9676


By: _____
Graham A. Boyd

By: _____
Alyse Bertenthal

Attorneys for Plaintiffs

GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
AMERICAN CIVIL LIBERTIES UNION
DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA  95060
Tel:  (831) 471-9000
Fax:  (831) 471-9676

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION AS VISITING ATTORNEY** |

On motion of Plaintiffs and for good cause shown, the Court hereby GRANTS Plaintiffs' Motion for Admission of Alyse Bertenthal as Visiting Attorney.

It is SO ORDERED this ___ day of November 2005.

_____
The Honorable Janet C. Hall
United States District Judge

[Proposed] Order Granting Plaintiffs' Motion for Admission of Alyse Bertenthal as Visiting Attorney

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading/document was served on Barbara Massaro, counsel for the defendants, on November 28, 2005, as shown below:

__X__  Via U.S. Mail to: Bridgeport City Attorney, 999 Broad Street, Bridgeport, CT 06604.


_____
Stevi N. Barton