```
FILED

2005 NOV 30  P 1:12

U.S. DISTRICT COURT
  BRIDGEPORT, CONN
```

1  GRAHAM A. BOYD (CBN 18419)
2  REBECCA BERNHARDT (PHV 0616)
   ADAM B. WOLF (PHV 0617)
3  AMERICAN CIVIL LIBERTIES UNION
       DRUG LAW REFORM PROJECT
4  1101 Pacific Ave., Suite 333
   Santa Cruz, CA 95060
5  Tel: (831) 471-9000
6  Fax: (831) 471-9676

7  Attorneys for Plaintiffs

8

9              UNITED STATES DISTRICT COURT
10             FOR THE DISTRICT OF CONNECTICUT

11  ─────────────────────────────────────
    JOHN DOE, JOHN ROE, & CONNECTICUT          ) Case No. 3-00-cv-2167 (JCH)
12  HARM REDUCTION COALITION,                  )
                                               )
13              Plaintiffs,                    ) PLAINTIFFS' NOTICE OF
                                               ) MOTION AND MOTION FOR
14                                             ) TO FILE TWO DOCUMENTS
          vs.                                  ) UNDER SEAL; POINTS AND
15                                             ) AUTHORITIES IN SUPPORT OF
    BRIDGEPORT POLICE DEPARTMENT &             ) MOTION TO FILE TWO
16  ANTHONY ARMENO, Acting Chief of the        ) DOCUMENTS UNDER SEAL
    Bridgeport Police Department, in his       )
17  official capacity only,                    )
                                               ) Court: Hon. Janet C. Hall
18              Defendants.                    ) Filed: November 30, 2005
                                               )
19  ─────────────────────────────────────

20       PLEASE TAKE NOTICE that Plaintiffs hereby file this Motion to File Under Seal two
21
    applications for writs of habeas corpus ad testificandum under seal. This motion is based on this
22
    Notice of Motion and Motion, this brief, any other files and records in this case, and such other
23
24  evidence as may be presented.[1]
25
26
27
28
    ─────────────
    [1] Defendants' counsel has advised plaintiffs' counsel that defendants will not stipulate to
    the granting of this motion.

Pls.' Mot. to File Under Seal                                                              1
Case No. 3-00-cv-2167 (JCH)

Plaintiffs file these writs for two Connecticut residents who are incarcerated in Connecticut correctional facilities. These two individuals, whose true names are presently unknown to defendants, have filed declarations in support of plaintiffs' motion for contempt that include, among other information, statements that they have been unlawfully penalized by Bridgeport Police Department ("BPD") officers for using the Bridgeport Syringe Exchange and for possessing legal injection equipment provided by the Exchange.

In 2000, plaintiffs filed a motion to proceed under fictitious names, Plts.' Mot. to Proc. Under Fictitious Names (Dkt. No. 15), which this Court granted, Order Granting Plts.' Mot. to Proceed in Fictitious Name (Dkt. No. 16). Plaintiffs must remain anonymous now for the same basic reasons that they sought—and were granted—anonymity five years ago. Neither the relevant factors to consider nor the facts that pertain to them have changed since plaintiffs first received permission to proceed anonymously.[2]

---

[2] For instance, the public interest still favors the nondisclosure of plaintiffs' real names, and many of the anticipated witnesses would be unwilling to testify should their names be disclosed to defendants.

Dated: November 30, 2005

Respectfully submitted,

Adam B. Wolf
Graham A. Boyd
Rebecca Bernhardt
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

By: _____
Adam B. Wolf (PHV 0617)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only, <br><br> Defendants. | ) Case No. 3-00-cv-2167 (JCH) <br> ) <br> ) **[PROPOSED] ORDER** <br> ) **GRANTING PLAINTIFFS'** <br> ) **MOTION TO FILE TWO** <br> ) **DOCUMENTS UNDER SEAL** |

On application of Plaintiffs and for good cause shown, the Court hereby GRANTS Plaintiffs' Motion to File Two Documents Under Seal.

It is SO ORDERED this ____ day of _____ 2005.

_____
The Honorable Janet C. Hall
United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that redacted copies of the foregoing documents/pleadings were served on Barbara Massaro, counsel for defendants, on November 30, 2005, as shown below:

__X__ By first-class mail to: Bridgeport City Attorney, 999 Broad Street, Bridgeport, CT 06604.

_____ By Federal Express overnight courier to: Bridgeport City Attorney, 999 Broad Street, Bridgeport, CT 06604.

_____ By facsimile transmission to (203) 576-8252.

                                                      _____/AB_

                                                  Stevi Barton