GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Tel: (831) 471-9000
Fax: (831) 471-9676

Attorneys for Plaintiffs

FILED

2005 DEC -1  P 12:28

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CLARIFY INJUNCTION**<br><br>Court: Hon. Janet C. Hall<br>Filed: December 1, 2005 |

PLEASE TAKE NOTICE that, pursuant to this Court's statement at the November 17, 2005, hearing on plaintiffs' motion for contempt, plaintiffs hereby file this motion to clarify the injunction issued by the Court on January 18, 2001. Specifically, plaintiffs request that the Court clarify that, from this point forward, the phrase "injection equipment," as used in the injunction, be defined as "objects, such as syringes, cotton, and cookers (containers used to mix an injectable controlled substance with a liquid), that are used for injecting controlled substances and that are pathways through which bloodborne viruses and bacteria may be shared." Plaintiffs make this motion on the grounds that the plain language of Conn. Gen. Stat. § 21a-

240(20)(A)(ix) and applicable canons of statutory construction compel plaintiffs' interpretation of the Court's injunction.

The motion is based on this Notice of Motion and Motion, the brief and documents (including the exhibits and attachments submitted concurrently), plaintiffs' reply brief in support of their motion for contempt, any other files and records in this case, and such other and further evidence as may be presented.

Dated: November 30, 2005

Respectfully submitted,

Adam B. Wolf
Graham A. Boyd
Rebecca Bernhardt
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

By: _____ for Adam Wolf
Adam B. Wolf (PHV 0617)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants. | ) Case No. 3-00-cv-2167 (JCH)<br>)<br>)<br>)<br>)<br>) [PROPOSED] ORDER<br>) GRANTING PLAINTIFFS'<br>) MOTION TO CLARIFY<br>) INJUNCTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On motion of plaintiffs and for good cause shown, the Court hereby GRANTS plaintiffs' motion to clarify the injunction issued by the Court on January 18, 2001. The injunction shall now read as follows:

> Defendants Bridgeport Police Department and Anthony Armeno, Acting Chief of the Bridgeport Police Department, their agents, employees, assigns, and all persons acting in concert or participating with them are enjoined and restrained from searching, stopping, arresting, punishing or penalizing in any way, or threatening to search, stop, arrest, punish or penalize in any way, any person based solely upon that person's possession of up to thirty sets of injection equipment, within the scope of Conn. Gen. Stat. § 21a-240(20)(A)(ix), whether sterile or previously-used, or of a trace amount of narcotic substances contained therein as residue. Injection equipment, within the scope of Conn. Gen. Stat. § 21a-240(20)(A)(ix), means objects, such as syringes, cotton, and cookers (containers used to mix an injectable controlled substance with a liquid), that are used for injecting controlled substances and that are pathways through which bloodborne viruses and bacteria may be shared.

It is SO ORDERED this ___ day of December 2005.

_____
The Honorable Janet C. Hall
United States District Judge