GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
AMERICAN CIVIL LIBERTIES UNION
   DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA  95060
Tel:  (831) 471-9000
Fax:  (831) 471-9676

Attorneys for Plaintiffs

FILED

2005 DEC -1  P 12: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**DECLARATION OF DR. ROBERT HEIMER IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY INJUNCTION**<br><br>Court: Hon. Janet C. Hall<br>Filed: November 25, 2005 |

I, DR. ROBERT HEIMER, declare as follows:

1.     I am a resident of New Haven, Connecticut.  I make this declaration based on my personal knowledge, and if called to testify, could and would testify as stated herein.

2.     I am an Associate Professor of Epidemiology and Public Health at the Yale University School of Medicine in New Haven, Connecticut.

3.     I am a graduate of Columbia College in New York City.  I have a Master of Science degree in Biology from Yale University.  In 1988 I received my Ph.D. in

Decl. of Dr. Robert Heimer in Supp. of Plfs.' Mot to Amend Injunct.                                                1
Case No. 3-00-cv-2167 (JCH)

Pharmacology from Yale University.

4.  I have worked in medical research, including graduate studies, since 1974. After receiving my Ph.D., I was a Leukemia Society of America Postdoctoral Fellow in the Department of Molecular Biophysics and Biochemistry at Yale. From 1990-1992 I was an Associate Research Scientist in the Department of Internal Medicine at Yale. In 1992 I became an Assistant Professor in the Department of Internal Medicine at Yale. In 1997 I become an Associate Professor in the Department of Epidemiology and Public Health.

5.  Between 1994 and 2002, I have taught a seminar on AIDS and HIV-related infections as part of the Pharmacology Course for medical and graduate students in the Pharmacology Department at Yale.

6.  I am the author or co-author of over 70 peer-reviewed publications, including 50 peer-reviewed publications on HIV and/or hepatitis transmission and interventions to prevent such transmission.

7.  I have studied the relationship between injection drug use and HIV and hepatitis transmission among injecting drug users ("IDUs") since 1990.

8.  My research has been sponsored by peer-reviewed grants from organizations such as the Centers for Disease Control and the National Institute on Drug Abuse. I have been the principal or co-principal investigator of six grants designed to study HIV and/or hepatitis transmission and syringe exchanges, and I have been an investigator on seven other grants.

9.  Other prominent experts in the field rely on my articles and studies. My research has been cited by American governmental and quasi-governmental agencies including the Centers for Disease Control, the National Institutes of Health, the National Academy of Sciences, the General Accounting Office, the Surgeon General,

and the National Conference of State Legislatures in their analyses of syringe exchange. The analyses of these agencies have found, consistent with (and in part relying on) my research, that syringe-exchange programs are an important way of reducing HIV and hepatitis transmission among IDUs.

10. When the state of Connecticut decided to explore whether syringe-exchange programs could reduce HIV and hepatitis transmission rates among IDUs, Edward H. Kaplan and I were selected to undertake the state-mandated evaluation of the program. This was the first syringe-exchange program in the United States linked to an objective evaluation mechanism.

11. My grants and publications make me one of the country's leading experts on HIV and hepatitis transmission among IDUs and on the steps that be taken to prevent such infections.

12. A typical injection will involve several pieces of injection equipment. IDUs generally mix an injectable drug with water (or sometimes other liquids) in a mixing container, often called a cooker. They then draw the mixture into the syringe, filtering the mixture with cotton to remove undissolved particulates. If the drugs are being shared, the mixture is measured out by dispensing back into the cooker for another user to place into the syringe or measured directly into the other user's syringe (assuming they are not sharing a single syringe). Disease can be spread if any of the injection equipment mentioned above is dirty and shared. The user next finds a vein and prepares to inject the drug.

13. Illegal injectable drugs are purchased in solid form and need to be dissolved before they are injected. As a matter of course, the process of injection includes a variety of items, including the syringe, cooker, and cotton. Each has the potential to become contaminated with bloodborne viruses and with bacteria.

14. The Centers for Disease Control, the United States Department of Public Health, and the National Institute on Drug Abuse, among other governmental agencies, all concur that the best practice for IDUs to prevent disease and infection requires their use of new, sterile syringes, as well as sterile water and new filters and cookers, each time a user injects.

15. Transmission of HIV and hepatitis can occur when IDUs share syringes. IDUs generally inject directly into veins. When users inject drugs, they first "register" their injection point to insure they have found a good vein. Registering involves drawing a small amount of blood back into the syringe, which indicates the vein has been found. Registering and the resulting blood contamination of the syringe is one way shared syringes can serve as transmitters of blood-borne diseases such as HIV. In addition, users will draw blood into the syringe after injecting the drug and then re-inject the blood, in order to insure that all of the drug in the syringe is injected. What remains in the syringe is almost exclusively blood.

16. Transmission of HIV and hepatitis also can occur when IDUs share injection equipment besides syringes, such as cookers and cotton. The blood that is introduced into a syringe can be transferred to the cooker and into the cotton when a used syringe is used to add water to cooker to dissolve drugs. If the drug solution is shared or the cooker or cotton is reused, the contaminated materials can be spread from the cooker or cotton into another syringe, and an infection can be transmitted when that syringe is used to make an injection.

17. IDUs account for nearly one-third of all AIDS cases in the United States and more than half of the cases of hepatitis B and C.

18. Syringe exchange programs have proven effective in decreasing HIV and hepatitis transmission rates. The effectiveness of exchange programs resides not only in

the provision of sterile syringes in exchange for used ones, but also in the provision of other sterile injection equipment, such as cookers and cotton. Accordingly, "syringe exchange" is somewhat of a misnomer because such a program should provide new injection equipment like cookers and cotton, in addition to syringes, in order to fulfill its public-health mission.

19. One prominent article, among many, that discusses the public-health importance of using new injection equipment, including cookers and cotton, is Lorna E. Thorpe, et al., "Risk of Hepatitis C Virus Infection Among Young Adult Injection Drug Users Who Share Injection Equipment," 155 Am. J. of Epidemiology 645 (2002). Attached as Exhibit A to this declaration is a true and correct copy of that article.

I declare under penalty of perjury under the laws of the United States of America and the State of Connecticut that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of November 2005, in New Haven, Connecticut.



Robert Heimer

Decl. of Dr. Robert Heimer in Supp. of Plfs.' Mot to Amend Injunct.
Case No. 3-00-cv-2167 (JCH)

5