```
1  GRAHAM A. BOYD (CBN 18419)                    FILED
2  REBECCA BERNHARDT (PHV 0616)
   ADAM B. WOLF (PHV 0617)
3  AMERICAN CIVIL LIBERTIES UNION                2005 NOV 30  P 1:12
      DRUG LAW REFORM PROJECT
4  1101 Pacific Ave., Suite 333                  U.S. DISTRICT COURT
5  Santa Cruz, CA 95060                           BRIDGEPORT, CONN.
   Tel: (831) 471-9000
6  Fax: (831) 471-9676

7  Attorneys for Plaintiffs
8
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, | ) Case No. 3-00-cv-2167 (JCH) )  )  ) |
| Plaintiffs, | ) PLAINTIFFS' APPLICATION ) FOR WRIT OF HABEAS |
| vs. | ) CORPUS AD TESTIFICANDUM ) FOR [NAME REDACTED] |
| BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only, | ) ) Court: Hon. Janet C. Hall ) Filed: November 30, 2005 ) |
| Defendants. | ) ) |

Plaintiffs file this Application for Writ of Habeas Corpus Ad Testificandum, pursuant to 28 U.S.C. §§ 1651(a) and 2241(c)(5), to secure the testimony of [REDACTED TO PREVENT DISCLOSURE OF IDENTITY] at the hearing on plaintiffs' motion for contempt, which is scheduled for December 8, 2005, at 10:00 AM. [REDACTED NAME], who is also known as John Roe 5, has been a client of the Bridgeport Syringe Exchange and has been penalized by defendants for possessing legal injection equipment. He is currently incarcerated at [REDACTED NAME OF CORRECTIONAL FACILITY], in [REDACTED CITY NAME],

Connecticut. Mr. [REDACTED WARDEN NAME] is the Warden of [REDACTED NAME OF CORRECTIONAL FACILITY.]

Plaintiffs respectfully request that this Court grant Plaintiffs' application and direct a Writ of Habeas Corpus Ad Testificadum to Warden [REDACTED NAME] to bring [REDACTED NAME OF INMATE] to the Federal District Court in Bridgeport for testimony at the December 8 hearing. Plaintiffs expect to call [REDACTED NAME OF INMATE] as a witness at the hearing.

Dated: November 30, 2005

Respectfully submitted,

Adam B. Wolf
Graham A. Boyd
Rebecca Bernhardt
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

By: _____
Adam B. Wolf (PHV 0617)
Attorneys for Plaintiffs