FILED

2005 DEC 16 P 4: 08

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff, | : | CIV. NO: 3:00CV2167 (JCH) |
| v. | : | |
| | : | |
| BRIDGEPORT POLICE | : | |
| DEPARTMENT, ET AL | : | |
| | : | |
| Defendants | : | DECEMBER 16, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

1. **DEFENDANTS' LIST OF WITNESSES**
2. **DEFENDANTS' RESPONSE TO MOTION FOR CLARIFICATION AND THE DEFENDANTS' REQUEST TO CLARIFY "INJECTION EQUIPMENT"**

This document has not been filed electronically because:
☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

BY: _____
Barbara Brazzel-Massaro
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647; Fed. Bar #05746

BMF05149                                1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 16th day of December, 2005, to:

Graham Boyd, Esq.
Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
1101 Pacific Avenue, Suite 333
Santa Cruz, CA  955060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT  06106

Barbara Brazzel-Massaro