UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff, | : | CIV. NO: 3:00CV2167 (JCH) |
| v. | : | |
| | : | |
| BRIDGEPORT POLICE | : | |
| DEPARTMENT, ET AL | : | |
| | : | |
| Defendants | : | DECEMBER 16, 2005 |

## DEFENDANTS' LIST OF WITNESSES

1. <u>Captain Adam Radzimirski</u>

   Captain Radzimirski may testify as to the training and supervision of Narcotics & Vice officers. He may introduce records of the Department concerning activities on specific dates and times.

2. <u>Retired Deputy Chief Boston</u>

   Deputy Chief Boston may testify as to his efforts to have the Department follow the Court Order and his involvement.

3. <u>Retired Sergeant Rafael Villegas</u>

   Sergeant Villegas may testify as to the operations of the Narcotics & Vice Division, their arrests, the training, and his involvement and supervision after January, 2001.

4. <u>Lieutenant Douglas Stolze</u>

   Lt. Stolze may testify as to his supervision and the Department's efforts to follow the Court Order.

5.  <u>Lieutenant James Viadero</u>

    Lt. Viadero may testify as to his knowledge of the January, 2001 Order and the Departments response in training and otherwise about the Order.

6.  <u>Sergeant Mark Straubel</u>

    Sergeant Straubel may testify as to the supervision of officers and application of the Court Order.

7.  <u>Sergeant Pablo Otero</u>

    Sergeant Otero may testify as to supervision of officers.

8.  <u>Sergeant William Bailey</u>

    Sergeant Bailey may testify about City efforts to follow the Order.

9.  <u>Police Officer James Gallant</u>

    Officer Gallant may testify about his patrol duties and the incident arrest submitted by the plaintiffs.

10. <u>Police Officer Frank D'Amore</u>

    Officer D'Amore may testify as to patrol duties on East Main Street and relationship with Needle Exchange personnel.

11. <u>Detective Barbara Gonzalez</u>

    Detective Gonzalez may testify as to duties in Narcotics & Vice and arrest of a suspect who took refuge on the van.

12. <u>Attorney Robert Satti</u>

    Attorney Satti may testify as to the prosecution for drug paraphernalia and the utilization of Connecticut General Statute §21a-240 for the charge of drug paraphernalia.

13. <u>Ms. Ann Trojanowski</u>

   Ms. Trojanowski may testify as to the operations of the Needle Exchange Program and police contact.

14. <u>Dr. Marian Evans</u>

   Dr. Evans will testify as to the Exchange Program and her supervision, observations and reports from personnel.

15. <u>Lieutenant Robert Sapiro</u>

   Lt. Sapiro may testify as to his involvement with the Needle Exchange Program, the Court Order, and his position in the City with regard to the Program.

THE DEFENDANTS

By:_____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

BMF05149                                        3

## CERTIFICATION

This is to certify that a copy of the foregoing "Defendants' List of Witnesses" has been hand delivered on this 16th day of December, 2005 to:

**Graham Boyd, Esq.**
**Rebecca Bernhardt, Esq.**
**Adam Wolf, Esq.**
**Michael Perez, Esq.**
1101 Pacific Avenue, Suite 333
Santa Cruz, CA  955060

**Philip Tegeler, Esq.**
**CCLU**
32 Grand Street
Hartford, CT  06106

_____
Barbara Brazzel-Massaro

BMF05150                              20