FILED

2006 FEB -9 A 9: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DOE           :
                   :
         Plaintiff, :
v.                 :    CIV. NO: 3:00CV2167 (JCH)
                   :
BRIDGEPORT POLICE  :
DEPARTMENT, ET AL  :
                   :
         Defendants :    FEBRUARY 8, 2006

## MOTION FOR EXTENSION OF TIME

The Defendants request an Extension of Time until Monday, February 13, 2006 to submit their Post Trial Memorandum.

During the previous week counsel for the Defendants was out as a result of the illness and death of a family member. During this week counsel was unable to complete the Memorandum because she was ill.

Therefore, the Defendants request a continuance until Monday, February 13, 2006.

Counsel for the Plaintiffs was contacted this morning and a message was left regarding this request.

BMF06020

1

THE DEFENDANTS

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

### CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time" has been mailed, postage prepaid, on this 8th day of February, 2006 to:

Graham Boyd, Esq.
Rebecca Bernhardt, Esq.
Adam Wolf, Esq.
Michael Perez, Esq.
ACLUF
1101 Pacific Avenue, Suite 333
Santa Cruz, CA 955060

Philip Tegeler, Esq.
CCLU
32 Grand Street
Hartford, CT 06106

/s/ Barbara B. Massaro
Barbara Brazzel-Massaro

BMF06020

2