GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
ALYSE BERTENTHAL (PHV granted without number)
American Civil Liberties Union
    Drug Law Reform Project
1101 Pacific Avenue, Ste. 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

Attorneys for Plaintiffs

JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,

    Plaintiffs,

vs.

BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,

    Defendants.

Case No. 3-00-cv-2167 (JCH)

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUBSTANTIVE REPLY BRIEF IN SUPPORT OF MOTION TO CLARIFY INJUNCTION; [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SUBSTANTIVE REPLY BRIEF IN SUPPORT OF MOTION TO CLARIFY INJUNCTION

Court: Hon. Janet C. Hall
Filed: February 9, 2006

    Plaintiffs hereby respectfully move to file the attached substantive reply brief in support of their motion to clarify the injunction. Plaintiffs did not respond in their previously filed reply brief in a substantive manner to the arguments defendants raised in their opposition brief. *See* Pltfs.' Reply in Supp. of Mot. for Clarification (Dkt. No. 89). Rather, plaintiffs asked the Court to amend the injunction in light of defendants' admissions in their opposition brief, specifically requesting permission to file a substantive reply brief in the event that the Court did not amend the injunction in light of defendants' admissions. *Id.* at 2. In their recently filed sur-reply, however, defendants retracted their main admission, namely, that new cookers are not illegal drug paraphernalia under

1  state law, *see* Defs.' Resp. to Pltfs.' Mot. for Clarification (Dkt. No. 92), and therefore plaintiffs
2  request the opportunity to reply substantively in the attached reply brief.
3      Plaintiffs' attached reply brief serves two purposes: First, it will respond to the Court's
4  statement regarding the potential applicability to cookers of a sub-part of the Connecticut drug-
5  paraphernalia statute previously not addressed by the parties. Second, it will discuss some of the
6  arguments defendants raised in their brief in opposition to plaintiffs' clarification motion and in their
7  sur-reply to this motion.

Dated: February 8, 2006

Respectfully submitted,

Adam B. Wolf
Graham A. Boyd
Rebecca Bernhardt
Alyse Bertenthal
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

By: /s/ Adam Wolf (GB)
    Adam B. Wolf (PHV 0617)

Attorneys for Plaintiffs

Pltfs.' Mot. for Leave to File Subst. Reply Br. in Supp. Motion to Clarify
Injunction; [Proposed] Order Granting Mot. for Leave to File Subst. Reply Br.- 2
Case No. 3-00-cv-2167 (JCH)