| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, <br><br> Plaintiffs, <br> vs. <br><br> BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only, <br><br> Defendants. | Case No. 3-00-cv-2167 (JCH) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SUBSTANTIVE REPLY BRIEF IN SUPPORT OF MOTION TO CLARIFY INJUNCTION |

The Court grants plaintiffs' motion for leave to file a substantive reply brief in support of their motion to clarify the injunction. Plaintiffs' "Substantive Reply Brief in Support of Motion to Clarify Injunction," dated February 8, 2006 is hereby deemed filed.

SO ORDERED.

Dated this ___ day of February 2006, at Bridgeport, Connecticut.

_____
The Honorable Janet C. Hall
United States District Judge