GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
ALYSE BERTENTHAL (PHV granted without number)
American Civil Liberties Union
    Drug Law Reform Project
1101 Pacific Avenue, Ste. 333
Santa Cruz, CA  95060
Telephone:  (831) 471-9000
Fax:  (831) 471-9676

Attorneys for Plaintiffs

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>            Plaintiffs,<br>    vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>            Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE POST-TRIAL REPLY BRIEF IN SUPPORT OF MOTION FOR CONTEMPT; [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE POST-TRIAL REPLY BRIEF**<br><br>**Court: Hon. Janet C. Hall**<br>**Filed:  February 24, 2006** |

Plaintiffs hereby respectfully move to file the attached reply brief in support of their motion for contempt.  The parties were supposed to file their respective briefs simultaneously, and good cause exists to file this reply for two reasons: First, defendants moved—five days after their post-trial brief was due—to file their post-trial brief 10 days after the Court's due date.  This motion, which plaintiffs did not oppose, allowed defendants the opportunity to read and respond to plaintiffs' brief, which was filed in a timely manner and posted on PACER.  Accordingly, the parties did not engage in simultaneous briefing, and allowing plaintiffs to file a post-trial reply brief would track a typical briefing schedule that would permit plaintiffs to file the final brief in support of their

Pltfs.' Mot. for Leave to File Post-Trial Reply Br. in Supp. of Mot. for Contempt.;
[Proposed] Order Granting Mot. for Leave to File Post-Trial Reply Br. - 1
Case No. 3-00-cv-2167 (JCH)

motion. Second, defendants' post-trial memorandum contains a number of material misrepresentations that plaintiffs correct in the attached reply brief.

Dated: February 23, 2006

Respectfully submitted,

Adam B. Wolf
Graham A. Boyd
Rebecca Bernhardt
Alyse Bertenthal
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA  95060
Telephone:  (831) 471-9000
Fax:  (831) 471-9676


By: _____
    Adam B. Wolf (PHV 0617)

Attorneys for Plaintiffs

Pltfs.' Mot. for Leave to File Post-Trial Reply Br. in Supp. of Mot. for Contempt.;
[Proposed] Order Granting Mot. for Leave to File Post-Trial Reply Br. - 2
Case No. 3-00-cv-2167 (JCH)

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>        Plaintiffs,<br>  vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>        Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE POST-TRIAL REPLY BRIEF IN SUPPORT OF MOTION FOR CONTEMPT** |

The Court grants plaintiffs' motion for leave to file a post-trial reply brief in support of their motion for contempt. Plaintiffs' "Post-Trial Reply Brief in Support of Motion for Contempt," dated February 23, 2006, is hereby deemed filed.

**SO ORDERED.**

    Dated this ___ day of February 2006, at Bridgeport, Connecticut.

                                          _____
                                          The Honorable Janet C. Hall
                                          United States District Judge

Pltfs.' Mot. for Leave to File Post-Trial Reply Br. in Supp. of Mot. for Contempt.;
[Proposed] Order Granting Mot. for Leave to File Post-Trial Reply Br. - 3
Case No. 3-00-cv-2167 (JCH)