JUN 3 0 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only, <br><br> Defendants. | ) Case No. 3-00-cv-2167 (JCH) <br> ) <br> ) <br> ) <br> ) **DECLARATION OF** <br> ) **ADAM B. WOLF** <br> ) **IN SUPPORT OF** <br> ) **PLAINTIFFS' MOTION** <br> ) **FOR ATTORNEY'S FEES** <br> ) <br> ) Court: Hon. Janet C. Hall <br> ) Filed: June 30, 2006 <br> ) <u>Hearing Requested</u> <br> ) |

I, Adam B. Wolf, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California, and I have been admitted as a visiting attorney to the District of Connecticut for purposes of this case.

2. I am a Staff Attorney with the American Civil Liberties Union Drug Law Reform Project ("ACLU-DLRP"), which represents plaintiffs in this matter.

3. I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

4. I spoke with the Executive Director of the ACLU of Connecticut in October 2005 to discuss whether any of his attorneys had experience litigating drug-policy issues. He told me that nobody at the affiliate had experience with such litigation and, in fact, that the ACLU of Connecticut did not employ any attorneys at that time.

5. I have spoken with dozens of syringe-exchange clients and employees in six

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion. for Attorney's Fees

states, one United States territory, and Canada regarding the injection equipment they provide and their thoughts for the effective operation of their exchanges. I also have researched the drug-paraphernalia laws in many of these jurisdictions, and I am in the process of putting together a lawsuit in one of them to establish the rights of exchange clients and to protect the public health.

6. I left two messages with defendants' counsel on June 22, 2006, more than one week before plaintiffs' attorney's fees motion was due, in order to discuss the possibility of settling the issue of fees without litigation. Defendants' counsel returned my call the next day, and after a five-minute conversation, promised she would call me the next business day to discuss the issue further. After waiting an extra day for the promised phone call, I called defendants' counsel again and left another message, which call was not returned.

7. The following time and billing statement is true and accurate as of June 27, 2006, and reflects records that were kept contemporaneously with the work accomplished:

| DATE | ATTORNEY (INITIALS) | DESCRIPTION | HOURS | INJUNCTION HOURS[1] |
|---|---|---|---|---|
| 11/12/05 | AW | Prepare for Nov. 17 hearing with RB | .7 | .2[2] |
| 11/12/05 | RB | Talk with AW re 11/17 hrg | .7 | .2 |
| 11/14/05 | AW | Receive word that hearing will not be continued, prepare for hearing (.4) | .4 | .1 |
| 11/15/05 | AW | Prepare for Nov. 17 hearing (.6); talk with GB and RB re strategy for hearing. (.8) | 1.4 | .4 |
| 11/15/05 | RB | Talk with GB/AW re 11/17 hearing strategy | .8 | .2 |
| 11/15/05 | GB | Talk through 11/17 hrg strategy | .8 | .2 |

---

[1] This column includes counsel's hours devoted toward plaintiffs' motion to modify the Court's 2001 injunction and plaintiffs' motion for attorney's fees.

[2] For the November 17, 2005, hearing plaintiffs seek only one-quarter of their time spent preparing for and attending the arguments, as many of the issues germane to the motion to enlarge the scope of the injunction were discussed at this hearing.

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion. for Attorney's Fees

| | | | | |
|---|---|---|---|---|
| 11/16/05 | AW | Fly to JFK for hearing, rent car, and drive to Bridgeport, meet with clients, and prepare for hearing | 22.3 | 5.6 |
| 11/17/05 | AW | Preparation for argument; p/u Reggie Shuford from train station, meet with client outside courthouse, wait for beginning of hearing and participate in hearing | 3.2 | .8 |
| 11/17/05 | AW | Drive to JFK, return car, and fly back to California | 10.0 | 2.5 |
| 11/20/05 | AW | Prepare notice of motion and motion to clarify injunction (.6); Prepare shell of outline of motion to clarify injunction (.4) | 1.0 | 1.0 |
| 11/21/05 | AW | talk with GB re strategy for Dec 8 hearing and motion to amend injunction (1.3); Email with Robert Heimer a few times re his declaration for motion to amend injunction (.4); research other experts re cookers for motion to amend injunction and Dec 8 hearing (.8) | 2.5 | 2.5 |
| 11/21/05 | AW | Work with Robert Heimer drafting declaration for motion to clarify injunction (3.2); Talk with AB re Dec 8 hearing and motion to clarify injunction (.6); Research other experts to use at hearing re cookers (1.1); Read scientific articles re cookers for motion to amend injunction (1.3) | 6.2 | 6.2 |
| 11/21/05 | GB | Talk with AW re clarification motion and clarification argument strategy for 12/8 hrg | 1.3 | 1.3 |
| 11/21/05 | AB | Talk with AW re Dec 8 hrg and clarification | .6 | .6 |
| 11/22/05 | AW | Research for and write motion to clarify injunction (2.1); Work with Dr. Heimer on his declaration for motion to clarify injunction (1.2); Research other experts for Dec 8 hearing and motion to clarify injunction | 4.9 | 4.9 |

| Date | | Description | | |
|---|---|---|---|---|
| | | (1.3); Talk with Shoshanna Scholar (E.D. of exchange in Los Angeles and expert on role of various injection equipment) re Dec 8 hearing (.2) Talk with Allan Clear (expert on injection drug use in NYC) re Dec 8 hearing (.1) | | |
| 11/23/05 | AW | Write motion to clarify injunction (5.6) | 5.6 | 5.6 |
| 11/25/05 | AW | Edit motion to clarify injunction and send to co-counsel | 3.8 | 3.8 |
| 11/26/05 | AW | Edit motion to clarify injunction | 2.2 | 2.2 |
| 11/27/05 | AW | Receive comments from co-counsel re motion to clarify injunction and edit accordingly | 2.4 | 2.4 |
| 11/28/05 | AW | Drive to JFK (from visiting parents on Long Island) to p/u car, p/u rental car, and drive to Bridgeport (2.4); edit motion to clarify injunction, write notice of motion re clarify injunction, write proposed order clarifying injunction (5.2); meet with Dr. Heimer and Mark Kinzleey (including travel to/from Bridgeport to New Haven) (3.8) | 11.4 | 11.4 |
| 11/29/05 | AW | Talk with GB, RB, and AB and Stevi Barton via telephone for strategy session for Dec. 8 hearing (1.2); edit motion to clarify injunction (.8) | 2.0 | 1.1[3] |
| 11/29/05 | GB | Talk about 12/8 hrg | 1.2 | .3 |
| 11/29/05 | RB | 12/8 hrg strategy conference call | 1.2 | .3 |
| 12/2/05 | AW | Talk with Scott Burris re police practices and needle exchange re cookers/cottons | .4 | .4 |
| 12/4/05 | AW | Do witness exam outlines and | 2.7 | .7 |

---

[3] Plaintiffs seek one-quarter of their time spent preparing for and attending the first day of the contempt trial, December 15, 2005 (originally scheduled for December 8, 2005) because plaintiffs elicited the testimony that day of Robin Clark-Smith and Dr. Robert Heimer for purposes of establishing evidence for their motion to enlarge the scope of the injunction. *See also* Pltfs' Mot. for Atty's Fees, at 5 n.3

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion. for Attorney's Fees

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| | | cross-x outlines of defendants' witnesses | | |
| 12/6/05 | AW | Practice witness exam with GB and AB, and discuss strategy for trial with them (.6); talk with Mark Kinzley re his testimony (.5)[4] | 1.1 | .7 |
| 12/6/05 | GB | mock exams with AW/AB | .6 | .2 |
| 12/6/05 | AB | Witness prep with GB/AW | .6 | .2 |
| 12/6/05 | AW | Preparation for direct exam and cross-x with AB | 1.3 | .3 |
| 12/6/05 | AB | Witness prep with AW | 1.3 | .3 |
| 12/10/05 | AW | Preparation for oral argument (protective order and motion to clarify injunction.) | 2.8 | 2.8 |
| 12/11/05 | AW | Preparation for oral argument (open statement and cookers) (2.2); email with GB re statute's treatment of cookers (.5); Gather Bridgeport documents for tomorrow's trip for trial (.8) | 3.5 | 1.3 |
| 12/11/05 | GB | e-mail discussion with AW re statutory interpretation re cookers | .3 | .3 |
| 12/12/05 | AW | Drive to San Jose and fly to Hartford (includes oral argument preparation and talk with xxx [name hidden to protect witness' identity] as possible witness) (9.1); drive from Hartford to New Haven hotel (.7) | 9.8 | 2.5 |
| 12/13/05 | AW | Preparation for witness examination (2.3); preparation for opening argument (.9) | 3.2 | .8 |
| 12/14/05 | AW | Talk with Dr. Heimer for witness preparation | 1.3 | 1.3 |
| 12/14/05 | GB | Fly to east coast and drive to New Haven for trial | 9.4 | 2.4 |
| 12/15/05 | AW | p/u witness for trial and | 9.0 | 2.3[5] |

---

[4] Plaintiffs had prepared Mark Kinzley to testify as an expert regarding cookers at the contempt trial originally scheduled for December 8, 2005, as Dr. Heimer was out of the country that day. However, Dr. Heimer became available to testify when the Court rescheduled the trial to start December 15, 2006.

[5] Plaintiffs are not requesting fees for the time spent by Attorney Bertenthal traveling

| Date | Atty | Description | Hours | Claimed |
|---|---|---|---|---|
| 12/15/05 | GB | participate in trial. Drive to Bridgeport and participate in trial | 9.0 | 2.3 |
| 12/20/05 | AW | Read City's opposition to motion to clarify injunction (.6); talk about this opposition brief with AB (.2) | .8 | .8 |
| 12/20/05 | AB | Read City's clarification opposition, and talk about it with AW (.9) | .9 | .9 |
| 12/26/05 | AW | Research for reply brief for clarification motion | 1.9 | 1.9 |
| 12/27/05 | AW | Write reply brief- clarification motion | 3.9 | 3.9 |
| 12/27/05 | AW | Edit reply brief re motion to clarify injunction | 1.3 | 1.3 |
| 12/28/05 | AW | Edit motion for clarification | 3.7 | 3.7 |
| 12/29/05 | AW | Talk twice with GB re reply brief (.8); Talk with RB re reply brief (.2) | 1.0 | 1.0 |
| 12/29/05 | GB | Discuss clarification reply brief with AW | .8 | .8 |
| 12/29/05 | RB | Talk with AW about our reply brief for clarification | .2 | .2 |
| 1/24/06 | AW | Read Defenses' sur-reply to clarification motion | .2 | .2 |
| 1/26/06 | AW | Talk with GB re strategy for clarification motion | .7 | .7 |
| 1/26/06 | GB | Discuss clarification strategy with AW | .7 | .7 |
| 2/6/06 | AW | Review materials re clarification motion | .6 | .6 |
| 2/6/06 | AW | Begin drafting motion for leave to file substantive reply and substantive reply for clarification motion | 3.1 | 3.1 |
| 2/6/05 | AW | Talk with Dan Berger [ACLU-DLRP Advocacy Associate] re | 8.7 | 8.7 |

to the contempt trial or participating in the trial, as she did not examine the two witnesses (Ms. Clark-Smith and Dr. Heimer) whose testimony plaintiffs elicited for purposes of the motion to expand the injunction. Moreover, in the exercise of billing judgment, plaintiffs seek to recover the fees for the time spent at the contempt trial for only Attorney Boyd and Attorney Wolf. Furthermore, as explained above, they seek only one-quarter of the actual time spent by these attorneys at the trial. *See supra* n. 3. Lastly, plaintiffs will not seek to recover the fees of Attorneys Boyd and Wolf for the time spent traveling home from the contempt trial on December 17, 2006.

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion for Attorney's Fees

| Date | Atty | Description | | |
|---|---|---|---|---|
| | | processes for 'preparing' controlled substances for clarification motion (.4); Draft substantive reply for clarification motion (8.3) | | |
| 2/6/06 | AW | Edit clarification reply brief and send to GB and AB | 3.2 | 3.2 |
| 2/6/06 | GB | Read and edit AW's clarification reply draft | 1.8 | 1.8 |
| 2/7/06 | AW | Revise draft of clarification reply brief and communicate with GB about it, and send over email to assistant temp for filing | 2.4 | 2.4 |
| 5/1/06 | AW | Rec'v hearing order for May clarification hrg and make travel plans (.3) | .3 | .3 |
| 5/3/06 | AW | Ask Stevi (legal assistant) to make PDFs of the injunction briefing and send to co-counsel for moot | .3 | .3 |
| 5/5/06 | GB | Read injunction briefs and think about/write questions for moot | 1.5 | 1.5 |
| 5/6/06 | RB | Read various injunction pleadings and prep for moot | .6 | .6 |
| 5/7/06 | AW | Prep for moot for injunction hearing | 4.3 | 4.3 |
| 5/7/06 | AW | Prep for moot for injunction hearing | 2.4 | 2.4 |
| 5/9/06 | AW | Injunction moot with GB, Allen Hopper, RB, and Carlie Ware | 2.0 | 2.0 |
| 5/9/06 | GB | Participate in injunction moot | 1.4 | 1.4 |
| 5/9/06 | RB | Injunction moot participate | 1.8 | 1.8 |
| 5/10/06 | AW | Fly from Utah (where was for conference) to NY-JFK and drive to Stamford, where stayed at hotel, for injunction hearing (6.0) | 6.0 | 6.0 |
| 5/12/06 | AW | Drive to Bridgeport from Stamford for injunction hearing and participate in hearing (2.4), drive back to NY/JFK, drop off rental car, wait for flight, fly back to Oakland, and taxi from Oakland to Berkeley (11.0) | 11.0 | 11.0 |
| 5/31/06 | AW | Read injunction opinion (.6); r/s time for filing for fees/costs and City's potential appeal (.5) | 1.1 | 1.1 |

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion for Attorney's Fees

| Date | Atty | Description | Hours | Hours |
|---|---|---|---|---|
| 5/31/06 | GB | Read Court's injunction opinion | .5 | .5 |
| 6/12/06 | AW | Read transcript from injunction hearing (1.1) | 1.1 | 1.1 |
| 6/20/06 | AW | r/s time for filing fees (including making sure that no other local rules besides LR 11 could apply); e-mail GB re needing to file by 6/30 (.1) | .5 | .5 |
| 6/22/06 | AW | Find phone number for, call, and lv msg with Barbara Massaro re talking about fees (.1); leave another msg with Barbara re talking about fees after didn't hear back from her (.1) | .2 | .2 |
| 6/23/06 | AW | Rec'v msg from Barbara Massaro re discussing fees, call back, and discuss (.1) | .1 | .1 |
| 6/24/06 | AW | Mostly r/s (and a little writing) re atty's fees motion (3.7) | 3.7 | 3.7 |
| 6/25/06 | AW | Gather relevant docs for drafting motion for fees (e.g., transcripts) (.5), and begin drafting the motion (4.0) | 4.5 | 4.5 |
| 6/26/06 | AW | Lv msg with Barbara Massaro re trying to settle fees (.1); further r/s and further writing re motion for fees (3.4) | 3.5 | 3.5 |
| 6/27/06 | AW | Finish writing first draft of fees motion (4.3); call and e-mail Jonathan Weissglass, Brett Dignam, and Antonio Ponvert and work with them on declarations in supp of mot for atty's fees (2.2); gather TimeSlips from GB, AB, RB, AW (.4); work with Daniel Bear on inputing TimeSlips into AW decl and go over it to make sure was done correctly (.5); write AW decl. (1.2); talk with GB re strategy for motion (.3); talk twice with RB re strategy for motion (.5) | 9.4 | 9.4 |
| 6/27/06 | GB | Discuss atty's fees motion with AW | .3 | .3 |
| 6/27/06 | RB | Strategize re atty's fees with | .5 | .5 |

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion for Attorney's Fees

|  |  | AW |  |  |
|---|---|---|---|---|

8. The total number of hours spent by each of the attorneys whose time is logged above is as follows: Attorney Boyd: 14 hours; Attorney Wolf: 149.2 hours; Attorney Bernhardt: 3.8 hours; Attorney Bertenthal: 1.4 hours.

9. I also reviewed my office's checkbook, credit-card reports, and receipts to ascertain our costs associated with litigating the motion to amend the injunction. Plaintiffs seek only the costs related to transcript fees, airfare, transportation to and from the airport, car rentals, hotel stays, and meals while traveling for attending the relevant hearings. The following accounting of such expenses incurred by counsel for litigating the motion to enlarge the scope of the injunction is true and accurate:

| DATE | DESCRIPTION | COST |
|---|---|---|
| 11/14/05 | Subpoena witness fee to Robin Clark-Smith for 11/17 hearing | 45.00 |
| 11/14/05 | Fee for service of subpoena on Robin Clark-Smith by Marshall Valentino | 50.00 |
| 11/14/05 | AW coach-class round-trip from SJC to JFK | 616.90 |
| 11/15/05 | AW coffee upon arriving at JFK | 3.84 |
| 11/17/05 | AW cheapest rental car available at JFK | 243.60 |
| 11/17/05 | Lunch with AW, Reggie Shuford (sat at counsel table at argument), and Mike Perez (former attorney with DLRP) | 41.53 (2/3 of total price of 62.30; not seeking reimbursement for MP's meal) |
| 11/18/05 | Hotel (Holiday Inn) for 11/17 hearing (2 nights) | 160.54 |
| 11/23/05 | Transcript fee to Terri Fidanza for 11/17 hrg | 228.80 |
| 11/29/05 | Subpoena witness fee to Robin Clark-Smith for December hearing | 45.00 |
| 11/29/05 | Fee for service of subpoena | 50.00 |

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion for Attorney's Fees

| | | |
|---|---|---|
| | on Robin Clark-Smith by Marshall Valentino | |
| 12/9/05 | AW coach-class flight to Hartford on American West from SJC | 208.39 |
| 12/13/05 | AW dinner in New Haven | 60.00 (seeking only partial reimbursement for 82.43 dinner total) |
| 12/13/05 | AW brunch in New Haven | 11.58 |
| 12/14/05 | AW brunch in New Haven | 13.78 |
| 12/14/05 | AW hotel in New Haven | 108.36 |
| 12/15/05 | AW hotel in New Haven | NO CHARGE |
| 12/15/05 | GB hotel in New Haven | NO CHARGE |
| 12/14/05 | GB flight to JFK from SJC | NO CHARGE[6] |
| 12/15/05 | Gas for rental car | 21.32 |
| 12/18/05 | Cheapest available rental car | 181.37 |
| 1/30/06 | Transcript fee to Terri Fidanza for first day of contempt trial | 612.15 (total for two days was 1224.30) |
| 5/3/06 | AW coach-class flight from Salt Lake City (where AW was for conference) to JFK | 193.01 |
| 5/4/06 | AW coach-class flight from JFK to OAK | 324.30 |
| 5/10/06 | AW dinner upon arriving in NY | 8.58 |
| 5/11/06 | AW brunch at diner in Stamford | 16.07 |
| 5/11/06 | AW dinner with friend in Stamford | 20.00 (total bill was 30.00; AW's portion was 20.00) |
| 5/12/06 | AW breakfast at hotel prior to injunction hearing | 15.32 |
| 5/12/06 | Gas for rental car | 27.15 |
| 5/12/06 | AW lunch at airport on way home to OAK | 12.29 |
| 5/12/06 | AW taxi from airport (OAK) to home | 42.04 |
| 5/13/06 | Cheapest available rental car at JFK to May 2006 hearing | 103.38 |
| 5/13/06 | Hotel in Stamford prior to hearing for two nights | 482.55 |
| 6/9/06 | Transcript fee to Terri Fidanza for May 2006 | 174.90 |

---

[6] Plaintiffs have elected not to seek reimbursement for their hotel costs for the night after the first day of the contempt trial. Similarly, plaintiffs will not seek reimbursement for Dr. Heimer's expert-witness fee.

|  | hearing |  |
|---|---|---|
| 6/25/06 | AW dinner (working at the office well after dinner on fees motion) | 20.90 |
| 6/27/06 | AW dinner (working at the office well after dinner on fees motion) | 20.90 |

10.  The total amount of the fees detailed in the paragraph above is $4,163.55.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of June 2006 in Santa Cruz, California.

_____
Adam B. Wolf

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion. for Attorney's Fees