# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants. | ) Case No. 3-00-cv-2167 (JCH)<br>)<br>)<br>)<br>) **DECLARATION OF**<br>) **GRAHAM A. BOYD**<br>) **IN SUPPORT OF**<br>) **PLAINTIFFS' MOTION**<br>) **FOR ATTORNEY'S FEES**<br>)<br>)<br>)<br>) Court: Hon. Janet C. Hall<br>) Filed: June 30, 2006<br>) <u>Hearing Requested</u><br>) |

I, Graham A. Boyd, hereby declare as follows:

1. I am a member in good standing of the bars of the State of Connecticut and the State of California.

2. I am the Director of the American Civil Liberties Union Drug Law Reform Project ("ACLU-DLRP"), which represents plaintiffs in this matter.

3. I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

4. I founded the ACLU-DLRP—originally called the ACLU Drug Policy Litigation Project—in 1998. The Project brings lawsuits throughout the country with lasting impact on public understanding of, and government response to, drug use and drug policies. My office is the only civil law office in the country of which I am aware that spends the majority of its time litigating drug-policy issues.

5. One of the primary areas of focus for the ACLU-DLRP has been ensuring

Decl. of Adam B. Wolf in Supp. of Pltfs' Motion for Attorney's Fees

access to new or sterile drug injection equipment. The ACLU-DLRP has been at the forefront of injection-equipment litigation, having litigated two of the country's three major syringe-exchange cases. In addition, Attorney Wolf has been in contact with attorneys in New York City, where the third major syringe-exchange case was litigated, to advise them regarding access to cookers, cottons, and other injection equipment.

6. I graduated with honors from Yale University in 1987 and received my J.D. from Yale Law School in 1992. After graduation, I served as a judicial law clerk to the Honorable Ellen Bree Burns in the District of Connecticut. I then practiced labor law at the San Francisco law firm Altshuler, Berzon, Nussbaum, Rubin & Demain before founding the ACLU-DLRP.

7. I have litigated dozens of cases regarding drug policy, including cases regarding access to clean injection equipment. Among the cases I have litigated are *Board of Education v. Earls*, 536 U.S. 822 (2002) (student drug testing), which I argued in the United States Supreme Court; *Conant v. Walters*, 309 F.3d 629 (9th Cir. 2003) (doctors' rights to recommend medical marijuana), which I argued in the U.S. Court of Appeals for the Ninth Circuit; and *Marchwinski v. Howard*, 309 F.3d 330 (6th Cir. 2002), which I argued in the U.S. Court of Appeals for the Sixth Circuit.

8. Rebecca Bernhardt is a Senior Staff Attorney with the ACLU-DLRP. She graduated with honors from the University of California-Berkeley in 1993 and from Yale Law School, where she was the Clinical Student Director of the Immigration Clinic, in 1997. Attorney Bernhardt was a judicial law clerk to the Honorable William Wayne Justice in the Western District of Texas, and she has litigated many drug-policy cases with the ACLU-DLRP. Among those cases are challenges to sentencing disparities following convictions for possessing crack and powder cocaine, to drug task forces in Texas, to Federal interference

with states' medical marijuana programs, and to ineffective treatment programs for inmates with Hepatitis C.

9. Adam Wolf is a Staff Attorney with the ACLU-DLRP. He graduated with honors from Amherst College in 1994 and from the University of Michigan School of Law in 2001. Attorney Wolf served as a judicial law clerk to the Honorable Ronald Lee Gilman on the U.S. Court of Appeals for the Sixth Circuit and to the Honorable Robert J. Timlin in the Central District of California. He then practiced labor law and environmental law with the San Francisco law firm Altshuler, Berzon, Nussbaum, Rubin & Demain before teaching at the University of California-Los Angeles (UCLA) School of Law.

10. Among the cases that Attorney Wolf has litigated are the following: *Van Orden v. Perry*, -- U.S. --, 125 S. Ct. 2854 (2005); *U.S. Department of Transportation v. Public Citizen*, 541 U.S. 752 (2004); *Thompson v. Sandoval* (9th Cir. 2006) (unpublished opinion regarding California's policy of denying parole to inmates with former drug addictions), which he argued in the U.S. Court of Appeals for the Ninth Circuit; *Jones v. City of Los Angeles*, 444 F.3d 1118 (9th Cir. 2006); *Students for Sensible Drug Policy v. Spellings* (D. S.D.) (constitutional challenge to Federal law that denies student aid to students with a drug conviction); and *Roe v. Alaska* (Alaska Superior Court) (constitutional challenge to state marijuana law). Attorney Wolf has been in contact with counsel in New York City to advise them regarding exchange clients' access to cookers, cottons, and other injection equipment, and he is in the process of putting together a lawsuit regarding access to sterile injection equipment in another jurisdiction.

11. Alyse Bertenthal is an attorney with the ACLU-DLRP. She graduated with honors from Yale University in 1998 and from the University of Chicago Law School in 2003. Following her graduating from law school, Attorney Bertenthal served as a judicial law

clerk to the Honorable Richard A. Paez on the U.S. Court of Appeals for the Ninth Circuit. Attorney Bertenthal has worked on a number of drug-policy cases in federal and state courts at the ACLU-DLRP, including challenges to confidential-informant prosecutions that were motivated by racial discrimination, to ineffective treatment programs for inmates with Hepatitis C, to marijuana possession statutes that violate the right to privacy, and to sentencing disparities following convictions for possessing crack and powder cocaine.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    Executed this 29th day of June 2006 in Santa Cruz, California.

*/s/ Graham A. Boyd*
Graham A. Boyd