JUN 3 0 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>Defendants. | ) Case No. 3-00-cv-2167 (JCH)<br>)<br>)<br>)<br>) **DECLARATION OF**<br>) **ANTONIO PONVERT III**<br>) **IN SUPPORT OF**<br>) **PLAINTIFFS' MOTION**<br>) **FOR ATTORNEY'S FEES**<br>)<br>)<br>)<br>) Court: Hon. Janet C. Hall<br>) Filed: June 30, 2006<br>) <u>Hearing Requested</u><br>)<br>) |

I, Antonio Ponvert III, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Connecticut, and I am a partner at the law firm Koskoff, Koskoff & Bieder PC, located in Bridgeport, Connecticut. I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

2. I am aware of the litigation that is being conducted by the American Civil Liberties Union Drug Law Reform Project. In my opinion, the work product generated by that office is of exceptional quality. To the best of my knowledge, attorneys at the Drug Law Reform Project have an expertise in drug-policy litigation, including syringe-access litigation, that far exceeds that of any civil attorneys in Connecticut

3. Having practiced civil rights law and litigated class-action cases for the past 16 years—almost ten of them in Connecticut—I believe that reasonable hourly rates to charge in

Connecticut are as follows: $375.00 for the services of an attorney with fourteen years of experience, $315.00 for the services of an attorney with nine years of experience, $275.00 for the services of an attorney with five years of experience, and $230.00 for the services of an attorney with three years of experience.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

Executed this 28th day of June 2006 in Bridgeport, Connecticut

_____
Antonio Ponvert III

Decl. of Antonio Ponvert III in Supp. of Pltfs' Mot. for Attorney's Fees