JUN 3 0 2006

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only, <br><br> Defendants. | ) Case No. 3-00-cv-2167 (JCH) <br> ) <br> ) <br> ) <br> ) **DECLARATION OF** <br> ) **JONATHAN WEISSGLASS** <br> ) **IN SUPPORT OF** <br> ) **PLAINTIFFS' MOTION** <br> ) **FOR ATTORNEY'S FEES** <br> ) <br> ) <br> ) Court: Hon. Janet C. Hall <br> ) Filed: June 30, 2006 <br> ) <u>Hearing Requested</u> <br> ) <br> ) |

I, Jonathan Weissglass, hereby declare as follows:

1.      I am a member in good standing of the State Bar of California and a partner at Altshuler, Berzon, Nussbaum, Rubin & Demain ("Altshuler Berzon"). I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

2.      I received my B.A. from Yale College in 1989 and my J.D. from Yale Law School in 1994. From 1994-95, I served as a law clerk to Chief Judge Myron H. Thompson of the United States District Court for the Middle District of Alabama. I have been at Altshuler Berzon since 1996.

3.      In the course of my practice, I have had the opportunity to work on applications for attorneys' fees in federal and state courts, including applications for other attorneys. I also have had the opportunity to become familiar with the hourly rates charged by other law firms by attorneys with varying degrees of experience and skill.

Decl. of Jonathan Weissglass in Supp. of Pltfs' Mot. for Atty's Fees

4.    I am familiar with the qualifications, expertise, experience, and reputation of Graham Boyd and Adam Wolf. I also am familiar with the qualifications and experience of Rebecca Bernhardt and Alyse Bertenthal.

5.    I am generally familiar with the litigation the American Civil Liberties Union Drug Law Reform Project undertakes. The work product generated by that office that I have reviewed is of the highest quality in my opinion.

6.    Based on my knowledge of billing rates, I believe that for litigation in the Northern District of California, a rate of $450 per hour is reasonable for Graham Boyd, $370 per hour is reasonable for Rebecca Bernhardt, $290 per hour is reasonable for Adam Wolf, and $250 per hour is reasonable for Alyse Bertenthal. These rates are consistent with the billing rates for attorneys at San Francisco firms with comparable experience.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California, this 27th day of June 2006.

_____
/ Jonathan Weissglass

Decl. of Jonathan Weissglass in Supp. of Pltfs' Mot. for Atty's Fees