JUN 3 0 2006

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only, <br><br> Defendants. | ) Case No. 3-00-cv-2167 (JCH) <br> ) <br> ) <br> ) <br> ) **DECLARATION OF** <br> ) **BRETT DIGNAM** <br> ) **IN SUPPORT OF** <br> ) **PLAINTIFFS' MOTION** <br> ) **FOR ATTORNEY'S FEES** <br> ) <br> ) <br> ) Court: Hon. Janet C. Hall <br> ) Filed: June 30, 2006 <br> ) <u>Hearing Requested</u> <br> ) <br> ) |

I, Brett Dignam, hereby declare as follows:

1.  I am a member in good standing of the bar of the State of Connecticut, and I am a clinical professor of law and supervising attorney at the Yale Law School.

2.  I make this declaration based on my personal knowledge and if called to testify, could and would testify as stated herein.

3.  The bulk of my practice and teaching experience is focused on civil litigation with an emphasis on cases filed pursuant to 42 U.S.C. § 1983.

4.  I am aware of the litigation that is being conducted by the American Civil Liberties Union Drug Law Reform Project. In my opinion, the work product generated by that office is of exceptional quality. To the best of my knowledge, attorneys at the Drug Law Reform Project have an expertise in drug-policy litigation, including syringe-access litigation, that far exceeds that of any civil attorney in Connecticut.

5.  I am familiar with the qualifications, experience, and reputation of plaintiffs'

Decl. of Brett Dignam in Supp. of Pltfs' Mot. for Attorney's Fees

counsel whose fees are being sought.

6.    I recently submitted an affidavit in support of fees sought in Ziemba v. Armstrong, 98cv2344 (JDH)(HBF).  In my opinion, based on my knowledge of the rates at which the summer work of law students are billed to clients, the rates sought in that case were low.  Having inquired of other experienced lawyers in Connecticut, I find that the rates sought in this case more accurately reflect fees charged by lawyers who have had federal clerkships and who have a particular expertise.

7.    In my opinion, based upon my professional experience practicing law in this State and my knowledge of the legal community, the hourly rates requested of $ 375 for Attorney Boyd, $ 315 for Attorney Bernhardt, $ 275 for Attorney Wolf, and $ 230 for Attorney Bertenthal are fair and reasonable, and they are commensurate with fees charged by lawyers with similar skills and experience in Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

Executed this 28th day of June 2006 in New Haven, Connecticut

Brett Dignam

Decl. of Brett Dignam in Supp. of Pltfs' Mot. for Attorney's Fees