EXHIBIT C

COPY

```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

  ─────────────────────────────────
  JOHN DOE, ET AL,              )
              Plaintiff.        )   NO: 3:00CV2167(JCH)
                                )
  vs.                           )
                                )
                                )   December 15, 2005
  CITY OF BRIDGEPORT, ET AL     )
              Defendants.       )
  ─────────────────────────────────
                                    9:15 A.M.
                                    915 Lafayette Boulevard
                                    Bridgeport, Connecticut


                    MOTION FOR CONTEMPT HEARING
                              DAY ONE

          B E F O R E :

                  THE HONORABLE JANET C. HALL, U.S.D.J.



  A P P E A R A N C E S :

  For the Plaintiff     :     ADAM WOLF
                              GRAHAM BOYD
                              ALYSE BERTENTHAL
                              American Civil Liberties
                              Union
                              1101 Pacific Avenue
                              Santa Cruz, CA  95060

  For the Defendants    :     BARBARA BRAZZEL-MASSARO
                              GREGORY COMTE
                              Office of the City Attorney
                              999 Broad Street
                              Bridgeport, CT  06604-4328

  Court Reporter        :     Terri Fidanza, RPR
                              915 Lafayette Boulevard
                              Bridgeport, CT  06504


  Proceedings recorded by mechanical stenography,
  transcript produced by computer.
```

```
 1                THE COURT:  First of all, please
 2   accept my apologies for being late.  I was going to be
 3   late to begin with because of some poor communication
 4   between myself and my assistant over an appointment I had
 5   this morning.  Then I was welcomed to the Merritt Parkway
 6   that it can be from time to time when it becomes a
 7   parking lot so again I apologize for the delay.  We're
 8   here this morning in the matter of Doe, et al versus
 9   Bridgeport Police, et al 3:00CV2167.  The case has been
10   closed.  We're here today on the motion for contempt that
11   was filed by the plaintiffs against the defendants
12   claiming that the permanent injunction entered by the
13   court had been violated by the defendants.  Let's start I
14   guess with appearances if we could.
15           MR. WOLF:  Good morning.  Adam Wolf with the
16   ACLU Drug Reform Project for the plaintiffs.
17           MR. BOYD:  Graham Boyd for the same.
18           THE COURT:  Welcome back, new hairstyle.
19           MR. BOYD:  It is just the weather.
20           THE COURT:  I apologize.
21           MS. BERTENTHAL:  Alyse Bertenthal also with the
22   project.
23           THE COURT:  Good morning as well.
24           MR. WOLF:  Ms. Bertenthal has not filed a notice
25   of appearance.  She's filed a request to appear pro hac
```