

EXHIBIT H

GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
AMERICAN CIVIL LIBERTIES UNION
  DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Tel: (831) 471-9000
Fax: (831) 471-9676

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, | Case No. 3-00-cv-2167 (JCH) |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL GRAHAM A. BOYD** |
| vs. | |
| BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO,* Acting Chief of the Bridgeport Police Department, in his official capacity only, | Court: Hon. Janet C. Hall<br>Filed: November 9, 2005 |
| Defendants. | |

---

\* The plaintiffs request that Anthony Armeno, Acting Chief of Police of the Bridgeport Police Department, be substituted for Wilber Chapman, the former Chief of Police of the Bridgeport Police Department.

Not. of Change of Address of Plts.' Counsel Graham A. Boyd          1
Case No. 3-00-cv-2167 (JCH)

TO THE CLERK OF THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective this date, GRAHAM A. BOYD, State Bar Number 18419, has changed his office affiliation and address. Plaintiffs request that the Court include the following address in future communications to Mr. Boyd:

> ACLU Drug Law Reform Project
> 1101 Pacific Ave., Ste. 333
> Santa Cruz, CA 95060
> Telephone: (831) 471-9000
> Facsimile: (831) 471-9676

Please continue to serve remaining counsel for Plaintiffs, Rebecca Bernhardt and Adam B. Wolf, at their current address of record, which is Mr. Boyd's new address.

Dated: November 8, 2005                    Respectfully submitted,

                                           Graham A. Boyd
                                           Rebecca Bernhardt
                                           Adam B. Wolf

                                           AMERICAN CIVIL LIBERTIES UNION
                                             DRUG LAW REFORM PROJECT
                                           1101 Pacific Ave., Suite 333
                                           Santa Cruz, CA 95060
                                           Telephone: (831) 471-9000
                                           Fax: (831) 471-9676

                                           By: /s/ Graham A. Boyd
                                           Graham A. Boyd (CBN18419)

                                           Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee for the American Civil Liberties Union Drug Law Reform Project, 1101 Pacific Avenue, Suite 333, Santa Cruz, California 95060; is a person of such age and discretion to be competent to serve papers; and that on November 8, 2005, she served copies of the following:

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL GRAHAM A. BOYD**

by causing said copies to be placed in a prepaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, by depositing said envelope with an overnight courier at Santa Cruz, California:

Attorney Barbara Massaro
Bridgeport City Attorney's Office
999 Broad Street
Bridgeport, CT 06604

Brenda J. Griffin

GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Tel: (831) 471-9000
Fax: (831) 471-9676

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO,* Acting Chief of the Bridgeport Police Department, in his official capacity only, <br><br> Defendants. | Case No. 3-00-cv-2167 (JCH) <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL ALICIA L. YOUNG AND MICHAEL G. PEREZ** <br><br> Court: Hon. Janet C. Hall <br> Filed: November 9, 2005 |

---

\* The plaintiffs request that Anthony Armeno, Acting Chief of Police of the Bridgeport Police Department, be substituted for Wilber Chapman, the former Chief of Police of the Bridgeport Police Department.

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | |
| 3 | PLEASE TAKE NOTICE THAT, effective this date, ALICIA L. YOUNG and |
| 4 | MICHAEL G. PEREZ no longer represent plaintiffs in this matter. Plaintiffs respectfully request |
| 5 | that Ms. Young and Mr. Perez be deleted from the Court's and parties' service lists. |
| 6 | Please continue to serve remaining plaintiffs' counsel on the Court's service list, as they |
| 7 | continue to represent plaintiffs in this matter. |

Dated: November 8, 2005               Respectfully submitted,

                                      Adam B. Wolf
                                      Graham A. Boyd
                                      Rebecca Bernhardt

                                      AMERICAN CIVIL LIBERTIES UNION
                                          DRUG LAW REFORM PROJECT
                                      1101 Pacific Ave., Suite 333
                                      Santa Cruz, CA 95060
                                      Telephone: (831) 471-9000
                                      Fax: (831) 471-9676

                                      By: /s/ Adam B. Wolf
                                          Adam B. Wolf (PHV 0617)

                                      Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee for the American Civil Liberties Union Drug Law Reform Project, 1101 Pacific Avenue, Suite 333, Santa Cruz, California 95060; is a person of such age and discretion to be competent to serve papers; and that on November 8, 2005, she served copies of the following:

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL ALICIA L. YOUNG AND MICHAEL G. PEREZ**

by causing said copies to be placed in a prepaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, by depositing said envelope with an overnight courier at Santa Cruz, California:

Attorney Barbara Massaro
Bridgeport City Attorney's Office
999 Broad Street
Bridgeport, CT 06604

_____
Brenda J. Griffin