# EXHIBIT K
## ANALYSIS OF FEES & HOURS OF ATTORNEY BOYD

| DATE | HOURS | DEFENDANTS' POSITION | HOURS |
|---|---|---|---|
| 11-15-05 | .2 | Prior to clarification – no fees should be awarded | 0 |
| 11-21-05 | 1.3 | Prior to clarification – no fees should be awarded | 0 |
| 11-29-05 | .3 | Prior to clarification – no fees should be awarded | 0 |
| 12-06-05 | .2 | Prior to clarification – no fees should be awarded | 0 |
| 12-11-05 | .3 | Relates only to clarification if fees permitted and not duplicative | .3 |
| 12-14-05 | 2.4 | Travel (duplicative and, if awarded, should be reduced 50% | 1.2 |
| 12-15-06 | 2.3 | Drive and Trial – not specific and, if approved, should be reduced 50% | 1.2 |
| 12-29-05 | .8 | Clarification brief | .8 |
| 01-26-06 | .7 | Clarification brief | .7 |
| 02-06-06 | 1.5 | Edit and read brief (duplicative) | 1.5 |

| DATE | HOURS | DEFENDANTS' POSITION | HOURS |
|---|---|---|---|
| 05-05-06 | 1.5 | This is not related specifically to the clarification – general as to the injunction | 0 |
| 05-09-06 | 1.8 | This is not specific as to the clarification | 0 |
| 05-31-06 | .5 | No work specific to the clarification except read court papers | 0 |
| 06-27-06 | .3 | Duplicative | 0 |
| | | **TOTAL** | **5.7** |