# EXHIBIT L
## ANALYSIS OF FEES & HOURS OF ATTORNEY WOLF

| DATE | HOURS | DEFENDANTS' POSITION | HOURS |
|---|---|---|---|
| 11-12-05 to 11-17-05 | 9.6 | All work and travel prior to motion for clarification not compensable | 0 |
| 11-20-05 | 1.0 | Clarification motion | 1.0 |
| 11-21-05 | 8.7 | Clarification motion | 8.7 |
| 11-22-05 | 4.9 | Clarification motion | 4.9 |
| 11-23-05 to 11-27-05 | 11.4 | Writing Motion to Clarify | 14.0 |
| 11-28-05 | 11.4 | Includes travel and meeting with individual not testifying. Hours should be reduced by 6.2 | 5.2 |
| 11-29-05 | 1.1 | This is not specific except for editing clarification | .8 |
| 12-2-05 | .4 | The Plaintiffs did not include any information or testimony from Mr. Burris to justify this fee | 0 |
| 12-04-05 | .7 | This is not specific as to the clarifications and is guesswork | 0 |

| DATE | HOURS | DEFENDANTS' POSITION | HOURS |
|---|---|---|---|
| 12-06-05 | .7 | Not specific as to the clarification witness – and has already included 186 hours with Dr. Heimer | 0 |
| 12-10-05 | 2.8 | Oral argument. The 12-15-05 hearing was witnesses for the contempt almost completely. There was no opening argument on clarification | 0 |
| 12-11-05 | 1.3 | Same as 12/10/05 comments | 0 |
| 12-13-05 | .8 | Not specific as to clarification - only guesswork | 0 |
| 12-14-05 | 1.3 | Dr. Heimer on the clarification | 1.3 |
| 12-15-05 | 2.3 | This was the motion for contempt hearing with a minimum approximately 30 to 60 minutes of testimony at the most related to clarification | 1.0 of |
| 12-20-05 | .8 | Read opposition brief re clarification | .8 |
| 12-26-05 | 1.9 | Research – Reply Brief | 1.9 |
| 12-17-05 to 12-29-05 | 9.9 | Writing Reply Brief | 9.9 |
| 01-24-06 | .2 | Read reply to clarification motion | .2 |
| 01-26-06 | .7 | Clarification strategy | .7 |

| **DATE** | **HOURS** | **DEFENDANTS' POSITION** | **HOURS** |
|---|---|---|---|
| 02-06-06 | 15.6 | Review materials and write reply to clarification – also talk with another expert (hours seem to overlap) | 15.6 |
| 02-07-06 | 1.8 | Edit clarification rely brief | 1.8 |
| 05-01-06 & 05-03-06 | .6 | Arrange travel and make PDF's This type of work is a clerical task which is not permitted | 0 |
| 05-05-06 to 05-09-06 | 8.7 | Read and prepare for court argument - this was also for the contempt and thus only a portion applied to the clarification | 4.4 |
| 05-10-06 | 4.0 | Travel which was for Defendants' two motions and if only travel, it should be reduced 50% if allowed at all | 3.0 |
| 05-12-06 | 2.4 | Drive to Bridgeport to participate in hearing of which only a portion was the clarification – Also, counsel is not entitled to full fee for travel | 1.2 |
| 05-12-06 | 8.6 | Travel – again only a portion should be compensated, if at all, because not only as to this motion or work related to the clarification | 2.2 |

| DATE | HOURS | DEFENDANTS' POSITION | HOURS |
|---|---|---|---|
| 05-31-06 | 1.1 | Read injunction opinion and research appeal | 1.1 |
| 06-12-06 | 1.1 | Read transcript for hearing | 1.1 |
| 06-20-06 | .5 | Research filing attorney fees - this is the same as 05/31/06 for .5 | 0 |
| 06-22-06 | .2 | Telephone calls | .2 |
| 06-27-06 | 21.1 | Attorney fees | <u>21.1</u> |
| | | **TOTAL** | **102.1** |