GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
American Civil Liberties Union
    Drug Law Reform Project
1101 Pacific Avenue, Ste. 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

Attorneys for Plaintiffs

FILED

2006 AUG 16  A 9: 52

U.S. DISTRICT COURT
   BRIDGEPORT, CONN.

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>    Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**MOTION FOR RETURN OF SEALED DOCUMENTS**<br><br><br>**Court: Hon. Janet C. Hall**<br>**Filed: August 16, 2006** |

Pursuant to Local Rule 5(d)(3), plaintiffs hereby move for the return of sealed documents they filed in the above-captioned case. On December 5, 2005, the Court issued two orders that certain of plaintiffs' documents be filed under seal. *See* Dkt. Nos. 78, 80. Plaintiffs respectfully request that these documents be returned to plaintiffs in the enclosed self-addressed stamped envelope.

Plaintiffs' counsel has spoken with defendants' counsel, who has advised that defendants do not object to this motion.

Dated: August 15, 2006

Respectfully submitted,

Adam B. Wolf
Graham A. Boyd
Rebecca Bernhardt
Alyse Bertenthal
AMERICAN CIVIL LIBERTIES UNION
    DRUG LAW REFORM PROJECT
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676

By: _____
Adam B. Wolf (PHV 0617)
Attorneys for Plaintiffs

GRAHAM A. BOYD (CBN 18419)
REBECCA BERNHARDT (PHV 0616)
ADAM B. WOLF (PHV 0617)
American Civil Liberties Union
    Drug Law Reform Project
1101 Pacific Avenue, Ste. 333
Santa Cruz, CA 95060
Telephone: (831) 471-9000
Fax: (831) 471-9676


Attorneys for Plaintiffs

| | |
|---|---|
| JOHN DOE, JOHN ROE, & CONNECTICUT HARM REDUCTION COALITION,<br><br>        Plaintiffs,<br>vs.<br><br>BRIDGEPORT POLICE DEPARTMENT & ANTHONY ARMENO, Acting Chief of the Bridgeport Police Department, in his official capacity only,<br><br>        Defendants. | Case No. 3-00-cv-2167 (JCH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RETURN OF SEALED DOCUMENTS** |

On application of plaintiffs and for good cause shown, the Court hereby GRANTS plaintiffs' motion for the return of sealed documents they have filed in the above-captioned matter.

It is SO ORDERED this _____ day of _____ 2006.


_____
The Honorable Janet C. Hall
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee for the American Civil Liberties Union Drug Law Reform Project, 1101 Pacific Avenue, Suite 333, Santa Cruz, California 95060; is a person of such age and discretion to be competent to serve papers; and that on August 15, 2006, she served copies of the following:

**MOTION FOR RETURN OF SEALED DOCUMENTS**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RETURN OF SEALED DOCUMENTS**

by causing said copies to be placed in a prepaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, by depositing said envelope with a mail courier at Santa Cruz, California:

Original:

**Chrystine Cody, Deputy in Charge**
**U.S. District Court**
**District of Connecticut**
**Brien McMahon Federal Building**
**915 Lafayette Blvd.**
**Bridgeport, CA 06604**

Copy:

**Barbara Brazzel-Massaro, Esq.**
**Bridgeport City Attorney's Office**
**999 Broad Street**
**Bridgeport, CT 06604**

_____
Justine Morgan
Legal Assistant