# United States District Court

DISTRICT OF Connecticut

DOE
v.
BPT PD

EXHIBIT AND WITNESS LIST

CASE NUMBER: 00CV2167

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | Adam Wolf | B. Messard |
| TRIAL DATE(S) 12-15-05, 12-16-05 | COURT REPORTER FIDANZA | COURTROOM DEPUTY BOROSKEY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 501 | 12-15-05 | ✓ |  | declaration of Jon Roe #5 |
|  | 504 | 12-16-05 |  | ✓ | P.D. daily roster |
|  | 505 | " |  | ✓ | P.D. time sheet |
|  | 506 | " | ✓ |  | P.D. daily log |
|  | 507 | " |  | ✓ | map |
|  | 508 | " |  | ✓ | tube |
|  | 509 | " |  | ✓ | memo – 9-13-05 |
|  | 510 | " | ✓ |  | health dpt rpt |
|  | 511 |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages