UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

2·28·07

FILED

2007 MAR 15 A 8:53

VICTORIA C. MINOR
DEPUTY CLERK

CHRYSTINE CODY
U.S. DISTRICT COURT
BRIDGEPORT

Re: Case Name: Doe v City of Bpt
    Number: 3:00cv2167JCH

Dear Attorney: MASSARO

As the above matter has been disposed of in this court, enclosed please find the exhibit(s).

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _Catherine Boroskey_
Catherine Boroskey
Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 3/12/07