# United States District Court

DISTRICT OF ~~CONNECTICUT~~

**FILED**

v.

**EXHIBIT AND WITNESS LIST**

2007 MAR 27 A 11: 22

CASE NUMBER: 3:00CV2167JCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | A. WOLF, G. BOYD | R. MASSARO, G. CONTI |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12-15-05 | FIDANZA | BOROSKEY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12-15-05 | | ✓ | John Rowe #6 |
| 1 | | 12-15-05 | | | sealed exhibit |
| ✓ | | " | | | John Doe #4 |
| 2 | | | | ✓ | memo |

sealed

rec by [signature] A. Wolf   date 3/21/07

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of Pages